!

! " #$%&'()*%+&, -%../0123%
4'$5#$%6$7#55%8994%
:::%8)#$%6;#<=%&>)5#%:0:%
?#$"@A'%,#'BC=%4'()D@$7)'%E0.1F%
G#(H%+.:F3%110IJ:JJ%
K'LH%+.:F3%110IJ:J1%
@A'()*MB'$5#$'$7#55<B@"%
%
655@$7#NA%D@$%8(')75)DDA%
O#$'$P@%8$)#5@%'7P%65C#7'%9@7)BC%

!

**"#$%&'!(%)%&(!'$(%*$+%!+,"*%!**

**+&#%*)-!'$(%*$+%!,.!+)-$.,*#$)!**

%
%

| | |
|---|---|
| OQR6RS!%8RTQG!=%'7%)7P);)P>'(=%<br>'7P%6G?Q-6%9!-T4?=%'7%)7P);)P>'(=%<br>@7%U#C'(D%@D%5C#"A#(;#A%'7P%'((%@5C#$A%<br>A)")('$(N%A)5>'5#P%<br>%<br>% % 8(')75)DDA=%%<br>%<br>% ;A<%<br>%<br>&9QQ8%-VW,QR%4!R8!R6GT!-=%%<br>%<br>% % S#D#7P'75<%<br>% | 4'A#%-@<H%%<br>%<br>**+-)((!)+%$,#!+, /0-)$#%!**<br>**.,*!')/)1&(!)#'!**<br>**$#2"#+%$3&!*&-$&.!.,*4!**<br>!<br>**567!3$,-)%$,#!,.!"#.)$*!**<br>**+, /0&%$%$,#!-) 8!5+)-9!**<br>**:"(9!;!0*,.9!+,'&!<<6=>>!**<br>***!"#$!%9!***<br>!<br>**5?7!3$,-)%$,#!,.!.)-(&!**<br>**)'3&*%$($#1!-) 8!5+)-9!**<br>**:"(9!;!0*,.9!+,'&!<<6=@>>!**<br>***!"#$!%9!***<br>!<br>**5A7!3$,-)%$,#!,.!+,#(" /&*!**<br>**-&1)-!*&/&'$&(!)+%!**<br>**5+)-9!+$39!+,'&!<<6=@>!!"#$!%9!**<br>!<br>**5B7!.*)"'!**<br>!<br>**'&/)#'!.,*!2"*C!%*$)-!** |

% %

!

8(')75)DD%O#$'$P@%8$)#5@%'7P%8(')75)DD%65C#7'%9@7)BC%+B@((#B5);#(N=%X8(')75)DDAY3=% @7%U#C'(D%@D%5C#"A#(;#A%'7P%'((%@5C#$A%A)")('$(N%A)5>'5#P=%C#$#UN%'((#Z#%5C#%D@((@[)7Z% '5%'((%5)"#A%$#(#;'75%5@%5C)A%B@"\(')75H%

**$9! $#%*, '"+%$, #!**

:<! GC)A%'B5)@7%)A%U$@>ZC5%'Z')7A5%S#D#7P'75%&(##\%->"U#$%4@$\@$'5)@7% +X&(##\%->"U#$Y%@$%XS#D#7P'75Y3%D@$%)5A%D'(A#%'7P%P#B#\5);#%\$)B)7Z%\$'B5)B#A%)7% B@77#B5)@7%[)5C%)5A%A'(#%@D%U#PA%)7%)5A%A5@$#A%'7P%@7%)5A%[#UA)5#% C55\AH]][[[<A(##\7>"U#$<B@"]%+X^#UA)5#Y3<%K@$%"'7N%@D%)5A%U#PA=%S#D#7P'75% 'P;#$5)A#A%D'*#%'7P%)7D('5#P%B@"\'$)A@7%$#D#$#7B#%\$)B#A%5@%P#B#);#%B>A5@"#$A%)75@%'% D'(A#%U#()#D%5C'5%5C#%A'(#%\$)B#%)A%'%P##\(N%P)AB@>75#P%U'$Z')7%\$)B#<%K@$%#L'"\(#=% '7N@7#%;)A)5)7Z%S#D#7P'75_A%A5@$#%@$%^#UA)5#%@7%'%Z);#7%P'N%[C@%U>NA%'%&(##\% ->"U#$%)J%A"'$5%U#P%X@7%A'(#Y%D@$%`.=EEE%U'A#P%@7%'%B$@AA#PI@>5%$#D#$#7B#%\$)B#%@D% `/=EEE%)A%U#)7Z%")A(#P=%U#B'>A#%5C'5%U#P%C'A%$'$#(N=%)D%#;#$=%U##7%A@(P%)7%5C#%$#B#75% \'A5%)7%S#D#7P'75_A%A5@$#A=%@7%5C#%^#UA)5#%@$%5C$@>ZC%@5C#$%$#5')(#$A%D@$%`/=EEE<%T7% @5C#$%[@$PA=%S#D#7P'75_A%'P;#$5)A#P%XA'(#%AY%D@$%"'7N%@D%)5A%U#PA%'$#%7@5%$#'((N%A'(#A% '5%'((<%T5%)A%'%")A$#\$#A#75'5)@7%5%S#D#7P'75%$#\#'5A<%&\#B)D)B'((N=%\$)@$%5@%!B5@U#$% .0.F=%S#D#7P'75%>A#P%D'(A#%$#D#$#7B#%\$)B#A%)7%B@77#B5)@7%[)5C%)5A%'P;#$5)A#"#75A%@D% S#D#7P'75_A%BF=%\2=%\2=%)J=%):0%'7P%"a%U#PA%+B@((#B5);#(N=%X&>Ub#B5%,#PAY3<%

.<! GC#%$#D#$#7B#%\$)B#A%)7%S#D#7P'75_A%A5@$#A%'7P%@7%)5A%^#UA)5#%D@$%5C#% &>Ub#B5%,#PA%'$#%D'*#<%GC#N%'$#%7@5%@$)Z)7'(=%$#Z>('$=%@$%$#5')(%@$@D@$"#$%\$)B#A<%GC#N% '$#%)7D('5#P%\$)B#A%\@A5#P%5@%(>$#%>7A>A\#B5)7Z%B>A5@"#$A%)75@%b>"\)7Z%'5%'%D)B5)5)@>A% XU'$Z')7Y%'7P%)75#7P#P%5@%")A(#'P%B>A5@"#$A%)75@%U#()#;)7Z%5C'5%5C#%;'(>#%@D%5C#%U#P% 5C#N%'$#%U>N)7Z%)A%C)ZC#$%5C'7%)5%$#'((N%)A<%GC'5%)A=%S#D#7P'75%#7Z'Z#A%)7%5C)A%P#B#\5);#% 'P;#$5)A)7Z%'7P%\$)B)7Z%ABC#"#%5@%Z);#%B>A5@"#$A%5C#%D'(A#%)"\$#AA)@7%5C'5%5C#N%'$#% Z#55)7Z%'%P#'(%@$%U'$Z')7%[C#7%)7%$#'()5N%5C#N%'$#%7@5%5C#%U#)7Z%A@(P%'7P%'*#%A'(#%'7P% \$@"@5)@7A<%6A%'$#A>(5=%B>A5@"#$A%'$#%P#B#);#P%)75@%A\#7P)7Z%"@7#N%5C#N%@5C#$[)A#% [@>(P%7@5%C';#%A\#75=%\>$BC'A)7Z%)5#"A%5C#N%@5C#$[)A#%[@>(P%7@5%C';#%\>$BC'A#P=% '7P]@$%A\#7P)7Z%"@$#%"@7#N%D@$%'7%)5#"%5C'7%5C#N%@5C#$[)A#%[@>(P%C';#%'UA#75%5C#%

!

P#B#\5);#%"'$*#5)7Z<%%

/<! , N%5C)A%'B5)@7=%8(')75)DDA%A##*%5@%$#B@;#$%$#A5)5>5)@7%'7P%P'"'Z#A%@7% U#C'(D%@D%'((%\#$A@7A%[ C@%C';#%D'((#7%;)B5)"%5@%S#D#7P'75_A%AC'"%A'(#A%UN%\>$BC'A)7Z% \$@P>B5A%D$@"%S#D#7P'75%D$@"%c'7>'$N%.0.:%5@%!B5@U#$%.0.F%+XR#(#;'75%G)"#Y3<%

**$$9! 0 ) * %$& (!**

F<! 8(')75)DD%O#$'$P@%8$)#5@%)A%'%B)5)d#7%@D%5C#%&5'5#%@D%4'()D@$7)'%'7P% $#A)P#75%@D%5C#%4@>75N%@D%9@A%67Z#(#A<%

1<! 8(')75)DD%65C#7'%9@7)BC%)A%'%B)5)d#7%@D%5C#%&5'5#%@D%4'()D@$7)'%'7P% $#A)P#75%@D%5C#%4@>75N%@D%9@A%67Z#(#A<%

2<! 8(')75)DDA%'$#%"'$$)#P%5@%#'BC%@5C#$<%

a<! !7%)7D@$"'5)@7%'7P%U#()#D=%S#D#7P'75%&(##\%->"U#$%4@$\@$'5)@7%)A%'% W)77#A@5'%B@$\@$'5)@7%[ )5C%)5A%\$)7B)\'(%\('B#%@D%U>A)7#AA%)7%W)77#'\@()A=% W)77#A@5'<%S#D#7P'75%"'7>D'B5>$#A=%"'$*#5A=%'P;#$5)A#A%'7P%P)A5$)U>5#A%5C#%&>Ub#B5% ,#PA%5C$@>ZC@>5%5C#%V7)5#P%&5'5#A=%)7B(>P)7Z%4'()D@$7)'<%

J<! !7%)7D@$"'5)@7%'7P%U#()#D=%S#D#7P'75%C'A%A)L5NI#)ZC5%+2J3%$#5')(%A5@$#A%)7% 4'()D@$7)'=%)7B(>P)7Z%A#;#$'(%)7%5C)A%S)A5$)B5<%

E<! !7%)7D@$"'5)@7%'7P%U#()#D=%S#D#7P'75%A#((A%5C#%&>Ub#B5%,#PA%#LB(>A);#(N% 5C$@>ZC%)5A%A5@$#A%'7P%^#UA)5#%'7P%P@#A%7@5%A#((%5C#%&>Ub#B5%,#PA%5C$@>ZC%'7N%@5C#$% $#5')(#$<%

**$$$9! 2"*$( '$+%$, #!) # '!3&# "&!**

:0<! GC)A%4@>$5%C'A%A>Ub#B5%"'55#$%b>$)AP)B5)@7%@;#$%5C)A%'B5)@7%\>$A>'75%5@%5C#% 4('AA%6B5)@7%K')$7#AA%6B5%@D%.001%'7P%.J%V<&<4<%e%:/ /.%U#B'>A#%5C#%5@5'(%"'55#$%)7% B@75$@;#$AN%#LB##PA%`1%W)(()@7%'7P%5C#$#%'$#%@;#$%:00%"#"U#$A%@D%5C#%\$@\@A#P% B('AA<%K>$5C#$=%'5(#'A5%@7#%"#"U#$%@D%5C#%\$@\@A#P%B('AA%)A%'%B)5)d#7%@D%4'()D@$7)'%'7P% S#D#7P'75%)A%'%B)5)d#7%@D%-#[%f@$*<%

: :<! g#7>#%)A%\$@\#$%\>$A>'75%5@%.J%V<&<4<%e%:/E:+U3+.3%U#B'>A#%'% A>UA5'75)'(%\'$5%@D%5C#%#;#75A%@$%@")AA)@7A%Z);)7Z%$)A#%5@%5C#%B(')"%@BB>$$#P%)7%5C)A%

!

b>P)B)'(%P)A5$)B5<%

: . <! g#7>#%)A%'(A@%\$@\#$%\>$A>'75%5@%. J%V<&<4<%e%: /E:+U3+:3=%+B3+. 3=%'7P% +B3+/3%U#B'>A#%S#D#7P'75%)A%A>Ub#B5%5@%5C#%4@>$5_A%\#$A@7'(%b>$)AP)B5)@7%)7%5C)A%b>P)B)'(% P)A5$)B5<%

: /<! S#D#7P'75%B@7P>B5A=%'7P%'5%'((%$#(#;'75%5)"#A=%C'A%B@7P>B5#P%U>A)7#AA%)7% 4'()D@$7)'%5C$@>ZC%)5A%A5@$#A%)7%4'()D@$7)'%'7P%5C$@>ZC%$#"@5#%A'(#A%BC'77#(A=% )7B(>P)7Z%"'*)7Z%A'(#A%'5%)5A%A5@$#A%'7P%5C$@>ZC%)5A%^#UA)5#A%'7P%P#();#$)7Z%\$@P>B5A% )75@%4'()D@$7)'<%

**$3 9! 1&#&*) -!) --&1) %$, #(!**

**G9! 'HIHJKGJLMN!. G0NH!GJK! 'HPHQLRSH! 0TRPRJU! (PVHWH!**

:F<! S#D#7P'75_A%U>A)7#AA%"@P#(%$#()#A=%)7%\'$5=%@7%P#B#);)7Z%B>A5@"#$A%[)5C% D'*#%A'(#A<% ! 7%'%5N\)B'(%P'N%P>$)7Z%5C#%R#(#;'75%G)"#=%S#D#7P'75%\$@")7#75(N% P)A\('N#P%)7%)5A%A5@$#A%'7P%@7%)5A%^#UA)5#A@"#%D@$"%@D%'A'(#%[C#$#%5C#%&>Ub#B5%, #PA% [#$#%\>$\@$5#P(N%"'$*#P%P@[7%UN%#)5C#$%'%\#$B#75'Z#%@$%P@(('$%'"@>75<%6((%@$%7#'$(N% '((%5C#%&>Ub#B5%, #PA%[#$#%$#\$#A#75#P%'A%U#)7Z%"'$*#P%P@[7%UN%5C#%A\#B)D)#P% P)AB@>75%D$@"%'%'A>UA5'75)'((N%C)ZC#$%$#D#$#7B#%\$)B#%+C#$#'D5#$=%5C#%XR#D#$#7B#% 8$)B#Y3<%GC#%A>\\@A#P%"'$*P@[7A%[#$#%$#\$#A#75#P%5@%5C#%B>A5@"#$%UN%\$@")7#75(N% P)A\('N)7Z%'%B$@AA#PI@>5%R#D#$#7B#%8$)B#%7#L5%5@%5C#%A'(#%\$)B#<%S#D#7P'75%#"\(@N#P% 5C#A#%P#B#\5);#%5'B5)BA%5@%B@7;#N%5@%B>A5@"#$A%5C'5%5C#%\$@P>B5%C'P%\$#;)@>A(N%A@(P%)7% 5C#%$#B#75%\'A5%'5%5C#%R#D#$#7B#%8$)B#%'7P%[#$#%U#)7Z%A@(P%5@%5C#%B>A5@"#$%'5%'% A>UA5'75)'(%P)AB@>75<%

:1<! ?@[#;#$=%5C)A%R#D#$#7B#%8$)B#%['A%'("@A5%'(['NA=%)D%7@5%'(['NA=%'% D'(A#(N%)7D('5#P%\$)B#%U#B'>A#%S#D#7P'75%$'$#(N=%)D%#;#$=%A@(P%5C#%&>Ub#B5%, #PA%'5%5C#% R#D#$#7B#%8$)B#<%GC#%@7(N%\>$\@A#%@D%5C#%R#D#$#7B#%8$)B#%['A%5@%")A(#'P%B>A5@"#$A% )75@%U#()#;)7Z%5C'5%5C#%P)A\('N#P%R#D#$#7B#%8$)B#%['A%'7%@$)Z)7'('$#Z>('$%\$)B#%'7P%5C'5%5C#% \$)B#%'5%[C)BC%S#D#7P'75%>A>'((N%A@(P%5C#%)5#"%@$%\$#;)@>A(N%A@(P%5C#%)5#"%)7%5C#% $#B#75%\'A5<%6A%'%$#A>(5=%S#D#7P'75%D'(A#(N%B@7;#N#P%5@%5C#%B>A5@"#$%5C'5%5C#%N%[#$#% $#B#);)7Z%'%A>UA5'75)'(%"'$*P@[7%@$%P)AB@>75=%[C#7%)7%$#'()5N%5C#%'((#Z#P%P)AB@>75

!

[ 'A%D'(A#%'7P%D$'>P>(#75<%

:2<! ,#(@ [ %'$#%$#\$#A#75'5);#%#L' " \(#A%D$@ " %5C#% ^ #UA)5#%>A)7Z%K'(A#% R#D#$#7B#%8$)B#A%)7%.0./=% [ C)BC% [ #$#%'(A@%\$#A#75#P%5@%B>A5@ " #$A%)7% S#D#7P'75_A% A5@$#AH%

%

NEW

Sleep Number® i8 smart bed

★★★★★ 4.8 (56662)

30% OFF

SELECT A SIZE | Size guide

Twin $2,379.30 $3,399 | Twin XL $2,484.30 $3,549

Full $2,676.80 $3,824 | Queen $2,799.30 $3,999

King $3,289.30 $4,699 | Split King $4,059.30 $5,799

FlexTop King $4,059.30 $5,799 | Cal King $3,289.30 $4,699

Split Cal King $4,059.30 $5,799 | FlexTop Cal King $4,059.30 $5,799

Our most popular products

Innovation Series smart beds

★★★★★ 4.8 (106121)

$2,379.30 - $5,179.30

~~$3,399.00 - $7,399.00~~

%

:a<! S#D#7P'75_A%A5@$#A%P)$#B5%B>A5@ " #$A%5@%5C#% ^ #UA)5#%D@$%'PP)5)@7'(% )7D@$ " '5)@7%$#Z'$P)7Z%5C#%U#PA=%\$)B)7Z%'7P%A'(#%\$@ " @5)@7A=%D@$%#L' " \(#=%UN% P)A\('N)7Z%'%hR%B@P#%5C'5%5'*#A%\#@\(#%5@%5C#% ^ #UA)5#<%

:J<! GC#A#%\$)B)7Z%'7P%'P;#$5)A)7Z%\$'B5)B#A%$#D(#B5)7Z%C)ZCI\$#AA>$#%D'*#% A'(#A%'$#%P#B#\5);#<%GC#N%'$#%)75#7P#P%5@% " )A(#'P%B>A5@ " #$A%)75@%U#()#;)7Z%5C'5%5C#N% '$#%Z#55)7Z%'%U'$Z')7%UN%U>N)7Z%\$@P>B5A%D$@ " % S#D#7P'75%A>\\@A#P(N%@7%A'(#%'7P%'5%'% A>UA5'75)'(%'7P%P##\%P)AB@>75<%GC#%5$>5C%)A%5C'5%S#D#7P'75%$'$#(N=%)D%#;#$=%A@(P%'7N%@D% 5C#%&>Ub#B5%,#PA%'5%5C#%R#D#$#7B#%8$)B#%#)5C#$%5C$@>ZC%)5A% ^ #UA)5#%@$%5C$@>ZC%)5A%$#5')(% A5@$#A<%GC#%R#D#$#7B#%8$)B#%)A=%5C#$#D@$#=%'7%'$5)D)B)'((N%)7D('5#P%\$)B#<%T7%5>$7=%5C#% 'P;#$5)A#P%P)AB@>75A%'$#%5C>A%7@5C)7Z% " @$#%5C'7%\C'75@ " % " '$*P@ [ 7A<%

:E<! GC#%&>Ub#B5%,#PA%'$#%A>UA5'75)'((N%A " )('$%\$@P>B5A%5C'5%S#D#7P'75% " '$*#5A%)7%'%A>UA5'75)'((N%A " )('$% [ 'N%>A)7Z%D'(A#%R#D#$#7B#%8$)B#A<%Q'BC%@D%5C#%

!

&>Ub#B5% , #PA%'$#%XA " '$5%U#PAY%5C'5%>A#%A#7A@$A%'7P%@5C#$%5#BC7@(@ZN%5@%Z'5C#$%'7P% '7'(Nd#%P'5'%'U@>5%>A#$A_%A(##\%\'55#$7A<%S#D#7P'75%'P;#$5)A#A%5C'5%#'BC%@D%5C#A#%U#PA% )A%P#A)Z7#P%5@%C#(\%>A#$A%D'((%'A(##\%D'A5#$%'7P%\$@;)P#%"@$#%$#A5D>(%A(##\<%Q'BC%@D%5C#% &>Ub#B5% , #PA%@DD#$%5#"\#$'5>$#%U#7#D)5A=%'Pb>A5'U(#%D)$"7#AA%'7P%A#7A#%"@;#"#75A<% S#D#7P'75%A#((A%'7P%'P;#$5)A#A%#'BC%@D%5C#%&>Ub#B5% , #PA%)7%)5A%A5@$#A%'7P%@7%)5A% ^#UA)5#%'A%A"'$5%U#PA<%Q'BC%@D%5C#%&>Ub#B5% , #PA%@DD#$A%'Pb>A5'U(#%D)$"7#AA%'7P% 'P;#$5)A#A%X\$#AA>$#%$#()#D<Y%Q'BC%@D%5C#%&>Ub#B5% , #PA%B@77#B5A%5@%'%"@U)(#% '\\()B'5)@7%5C'5%\$@;)P#A%'%X&(##\Th%AB@$#<Y%K@$%#'BC%@D%5C#%&>Ub#B5% , #PA=%S#D#7P'75% "'$*#5#P%5C#%U#PA%)5A%A5@$#A%'7P%@7%)5A%^#UA)5#%>A)7Z%D'(A#%R#D#$#7B#%8$)B#A%'7P% $'$#(N=%)D%#;#$=%@DD#$#P%5C#%U#PA%'5%5C#%)7D('5#P%R#D#$#7B#%8$)B#<%

**X9! O0GRJLRIINM! OYTPVGNH!ZI! . G0NH0 [ ! ) KSHTLRNHK!$LHW!**

.0<! 8(')75)DDA%D#((%;)B5)"%5@%S#D#7P'75_A%D'(A#%'P;#$5)A)7Z%'7P%P#B#\5);#% \$)B)7Z%\$'B5)B#A<% ! 7%@$%'U@>5%c>(N%.E=%.0./=%8(')75)DDA%;)A)5#P%'%&(##\% - > "U#$%A5@$#% )7%8'("P'(#=%4'()D@$7)'%5@%(@@*%D@$%'%U#P<%8(')75)DDA%A' [ %5C'5%S#D#7P'75% [ 'A%$>77)7Z%'% A'(#%\$@"@5)@7%@7%S#D#7P'75_A%)J%U#P<%%

.:<! ,#(@ [ %)A%'7%)"'Z#%D$@"%S#D#7P'75_A% ^#UA)5#%D$@"%c>(N%.E=%.0./=% B'\5>$#P%UN%C55\H]] [ 'NU'B*<'$BC);#<@$Z%@D%5C#%A'(#%\$@"@5)@7%S#D#7P'75% [ 'A% 'P;#$5)A)7Z%'5%5C#%5)"#%@D%8(')75)DDA_%\>$BC'A#%D@$%)IA#$)#A%U#PAH%

Up to $1,200 off

Innovation Series smart beds

Rating: 4.8 /5rating stars(101754) reviews

$2,349.00 - $7,399.00
Reg: $3,549.00 - $7,399.00

%

..<! %8(')75)DDA%U$@ [ A#P%S#D#7P'75_A%A5@$#%'7P%@UA#$;#P%A'(#%@DD#$A% A>UA5'75)'((N%A)")('$%5@%5C@A#%AC@ [ 7%'U@;#%@7%5C#% ^#UA)5#<%GC#N%\>$BC'A#P%'7%)J%U#P=%

!

[ )5C% S #D#7P ' 75%AC@ [ )7Z% ' %R#D#$#7B#%8$)B#% ' 7P% ' %P)AB@>75=% ' A%D@((@ [ AH%

Items on Order

| Qty | SKU | Item Description | Shipping Method | Unit Price | Discount $ | Extended Price |
|---|---|---|---|---|---|---|
| 1 | K28 | King I8 Sleep Number Smart Bed | Home Delivery | $4,699.00 | $939.80 | $3,759.20 |
| 1 | KFIB | King Integrated Base SCS | | $549.00 | $109.80 | $439.20 |
| 1 | DISPOSAL | Disposal Service | Home Delivery | $0.00 | $0.00 | $0.00 |
| 3 | REFEE_CA | Recycle fee for CA | UPS Ground | $10.50 | $0.00 | $31.50 |
| 1 | HOMEDELIVERY | HOMEDELIVERY | Home Delivery | $249.00 | $0.00 | $249.00 |
| | | | | Subtotal | | $4,478.90 |
| | | | | Sales Tax | | $455.67 |
| | | | | Total | | $4,934.57 |

Total Savings : $1,049.60

. /<! T7%@5C#$% [ @$PA=%8(')75)DDA%A' [ %5C'5%5C#%U#P% [ 'A%A>\\@A#P(N%@7%A'(#%U'A#P% @7%5C#%'P;#$5)A#P%P)AB@>75#P%@DD#$%'7P%U'A#P%@7%'%"'$*P@ [ 7%D$@"%'%R#D#$#7B#%8$)B#<% GC#%R#D#$#7B#%8$)B#% [ 'A%P)A\('N#P%'A%'%A>UA5'75)'((N%C)ZC#$%\$)B#%'Z')7A5% [ C)BC%5C#% A'(#%\$)B#% [ 'A%B@"\'$#P<%&\#B)D)B'((N=%5C#%R#D#$#7B#%8$)B#%D@$%5C#%)J%U#P%8(')75)DDA% \>$BC'A#P% [ 'A%`F=1EE% [ )5C%'%\>$\@$5#P%A'(#%\$)B#%@D%`/a1E<.0<%$#D(#B5)7Z%'%\>$\@$5#P% P)AB@>75%@D%`E/E<%K>$5C#$=%8(')75)DDA%\>$BC'A#P%'%i)7Z%T75#Z$'5#P%,'A#%'P;#$5)A#P% [ )5C%'%R#D#$#7B#%8$)B#%@D%`1FE% [ )5C%'%\>$\@$5#P%P)AB@>75%@D%`:0E<%

. F<! 8(')75)DDA%5C>A%\>$BC'A#P%5C#%U#P%'7P%U'A#%D$@"%S #D#7P'75<%,#D@$#%P@)7Z% A@=%8(')75)DDA%$#()#P%@7%5C#%$#\$#A#75'5)@7%5C'5%5C#%U#P%C'P%)7%D'B5%U##7%@DD#$#P%D@$%A'(#=% @$%\$#;)@>A(N%A@(P=%)7%5C#%$#B#75%\'A5%'5%5C#%A5'5#P%R#D#$#7B#%8$)B#<%8(')75)DDA%$#()#P%@7% S #D#7P'75_A%$#\$#A#75'5)@7%5C'5%5C#%U#P%5C#N%\>$BC'A#P% [ 'A%5$>(N%@7%A'(#%'7P%U#)7Z% A@(P%'5%'%A>UA5'75)'(%"'$*P@ [ 7%'7P%P)AB@>75=%'7P%5C#$#UN%D#((%;)B5)"%5@%5C#%P#B#\5)@7% )75#7P#P%UN%S #D#7P'75<%T7B(>P)7Z%AC)\\)7Z%'7P%A'(#A%5'L=%8(')75)DDA%\')P%`F=E/F<1a%D@$% 5C#)$%@$P#$<%%

. 1<! GC#%5$>5C=%C@ [ #;#$=%)A%5C'5%5C#%U#P%8(')75)DDA%\>$BC'A#P% [ 'A%7@5% A>UA5'75)'((N%"'$*#P%P@ [ 7%@$%P)AB@>75#P=%@$%'5%5C#%;#$N%(#'A5=%'7N%P)AB@>75%5C#N% [ #$#% $#B#);)7Z%C'P%U##7%Z$@AA(N%#L'ZZ#$'5#P<%GC'5%)A%U#B'>A#%5C#%U#P%8(')75)DDA%U@>ZC5%C'P% 7@5%U##7%@DD#$#P%D@$%A'(#%'5%S #D#7P'75_A%A5@$#A%@$%@7%5C#%^#UA)5#%+@$%'7N [ C#$#%#(A#3% D@$%'7N%$#'A@7'U(N%A>UA5'75)'(%\#$)@P%@D%5)"#%+)D%#;#$3%'5%5C#%D>((%R#D#$#7B#%8$)B#<%T7%

!

D'B5=%D@$%'5%(#'A5%5C#%E0IP'N%\#$)@P%\$)@$%5@%8(')75)DDA_%\>$BC'A#%'7P%D@$%@;#$%'%N#'$% 5C#$#'D5#$=%S#D#7P'75%C'P%7@5%@DD#$#P%5C#%)J%U#P%A@(P%'5%5C#%R#D#$#7B#%8$)B#<%%

. 2<! S#D#7P'75%*7@[A%5C'5%5C#%R#D#$#7B#%8$)B#A%'$#%D'*#%'7P%'$5)D)B)'((N% )7D('5#P%'7P%)75#75)@7'((N%>A#A%5C#"%)7%)5A%P#B#\5);#%\$)B)7Z%ABC#"#%'5%)5A%A5@$#A%'7P% @7%)5A%^#UA)5#%5@%)7B$#'A#%A'(#A%UN%")A(#'P)7Z%8(')75)DDA%'7P%"#"U#$A%@D%5C#%\>5'5);#% B('AA%5@%U#()#;#%5C'5%5C#N%'$#%U>N)7Z%\$@P>B5A%'5%'%A>UA5'75)'(%P)AB@>75<%S#D#7P'75% 5C#$#UN%)7P>B#A%B>A5@"#$A%5@%U>N%\$@P>B5A%5C#N%7#;#$%[@>(P%C';#%U@>ZC5 j @$%'5%5C#% ;#$N%(#'A5=%5@%\'N%"@$#%D@$%"#$BC'7P)A#%5C'7%5C#N%@5C#$[)A#%[@>(P%C';#%k%)D% S#D#7P'75%['%A)"\(N%U#)7Z%5$>5CD>(%'U@>5%5C#%\$#;')()7Z%\$)B#%@D%)5A%&>Ub#B5%,#PA<%%

. a<! 8(')75)DDA%$#'A@7'U(N%$#()#P%@7%5C#%R#D#$#7B#%8$)B#%)7%"'*)7Z%5C#)$% \>$BC'A#%'A%'%$#\$#A#75'5)@7%@D%5C#%\$@P>B5_A%;'(>#%'7P%'A%'%$#\$#A#75'5)@7%@D%5C#% P)AB@>75%5C#N%[#$#%$#B#);)7Z<%GC)A%)7D@$"'5)@7%['A%"'5#$)'(%5@%5C#)$%P#B)A)@7%5@% \>$BC'A#%5C#%U#P%'7P%"'5#$)'(%5@%5C#%\$)B#%5C#N%[#$#%[)((7Z%5@%\'N%D@$%5C#%U#P<%

. J<! GC#$#D@$#=%8(')75)DDA%[@>(P%7@5%C';#%\>$BC'A#P%5C#%U#P=%@$%'5%5C#%;#$N% (#'A5=%[@>(P%7@5%C';#%\')P%'A%">BC%'A%5C#N%P)P=%C'P%S#D#7P'75%U##7%5$>5CD>(<% 8(')75)DDA%[#$#%\#$A>'P#P%5@%"'*#%5C)A%\>$BC'A#%U#B'>A#%@D%5C#%D'*#%A'(#%U'A#P%@7% S#D#7P'75_A%D'*#%R#D#$#7B#%8$)B#<%

. E<! 8(')75)DDA%[@>(P%7@5%C';#%U##7%[)((7Z%5@%\'N%">BC%'A%">BC%'A%5C#N%P)P%D@$%5C#% U#P%5C#N%\>$BC'A#P%C'P%5C#N%$#B#);#P%'B@"\(#5#%'7P%5$>5CD>(%)7D@$"'5)@7%$#('5)7Z%5@% S#D#7P'75_A%R#D#$#7B#%8$)B#<%8(')75)DDA%'$#%#75)5(#P%5@%$#A5)5>5)@7%'7P%P'"'Z#A%'5%(#'A5% )7%5C#%'"@>75%@D%5C#%P)DD#$#7B#%U#5[##7%5C#%\$)B#%5C#N%\')P%'7P%5C#%\$)B#%'5%[C)BC%5C#% $#'A@7'U(N%B@>(P%C';#%U@>ZC5%5C#%R#D#$#7B#%8$)B#<%

/0<! 8(')75)DDA%[#$#%D>$5C#$%C'$"#P%U#B'>A#%5C#%\$)B#%5C#N%\')P%D@$%5C#%U#P% ['A%(#AA%5C'7%5C#%;'(>#%5C#N%$#B#);#P<%

/ :<! 8(')75)DDA%[#$#%D>$5C#$%C'$"#P%U#B'>A#%5C#N%P)P%7@5%$#B#);#%5C#%#L\#B5#P% P)AB@>75%@$%U#7#D)5I@DI5C#IU'$Z')7%'P;#$5)A#P%UN%S#D#7P'75<%S#D#7P'75%'P;#$5)A#P%5C'5% 8(')75)DDA%[#$#%$#B#);)7Z%'%.0 1 %P)AB@>75%D$@"%S#D#7P'75_A%\$#;')()7Z%\$)B#%D@$%5C#%)J% U#P<%T7%$#'()5N=%8(')75)DDA%P)P%7@5%$#B#);#%'%.0 1 %P)AB@>75%D$@"%S#D#7P'75_A%$#Z>('$%

!

\$)B#%D@$%5C#%)J%U#P=%U#B'>A#%S#D#7P'75%)7D('5#P%5C#%R#D#$#7B#%8$)B#%'Z')7A5%[C)BC%5C#% .0 l %P)AB@>75%['A%'\\()#P<%%

P9! *HNHGTPV!(VZ\N!%VGL!LVH!"NH!ZI!*HIHTHJPH!0TRPH!) KSHTLRNRJU!

(PVHWHN!(RWR0GT!LZ!'HIHJKGJLMN!$JI0YHJPHN!+ZJNYWHT!:HVGSRZT!GJK!

)IIHPLN!+ZJNYWHTNM!0HTPHQLRZJ!ZI!G!0TZKYPLMN!3G0YH!

/.<! GC#%#DD#B5);#7#AA%@D%S#D#7P'75_A%P#B#)5D>(%\$)B)7Z%ABC#"#%)A%U'B*#P%>\% UN%(@7ZA5'7P)7Z%ABC@('$(N%$#A#'$BC<%T7%5C#%A#")7'(%'$5)B(#%#75)5(#P% *! "#$%&%'()*+,&(-*+ ./)*&'(0(123+415"&#%'()*+"&+6*-*$'()*7*%+B)5#P%)7%8(1"9"0+):+; "<=>0+! "&$:=%a:J%K</P% :0EJ=%::02%+E5C%4)$<%.0:/33=%8$@D#AA@$A%SC$>;%O$#['(%'7P%9'$$N%S<%4@"\#'>%[$)5#% 5C'5=%XmUnN%B$#'5)7Z%'7%)"\$#AA)@7%@D%A';)7ZA=%5C#%\$#A#7B#%@D%'%C)ZC#$%$#D#$#7B#%\$)B#% #7C'7B#A%A>Ub#B5A_%\#$B#);#P%;'(>#%'7P%[)(()7Z7#AA%5@%U>N%5C#%\$@P>B5<Y%SC$>;% O$#['(%o%9'$$N%S<%4@"\#'>=% *! "#$%&%'()*+,&(-*+./)*&'(0(123+415"&#%'()*+"&+ 6*-*$'()*7*=%::%c<%8>U<%8@(_N%o%W*5Z<%1.=%11%+&\$)7Z%:EE.3<%GC>A=%X#"\)$)B'(%A5>P)#A% )7P)B'5#%5C'5=%'A%P)AB@>75%A)d#%)7B$#'A#A=%B@7A>"#$A_%\#$B#\5)@7A%@D%;'(>#%'7P%5C#)$% [)(()7Z7#AA%5@%U>N%5C#%\$@P>B5%)7B$#'A#=%[C)(#%5C#)$%)75#75)@7%5@%A#'$BC%D@$%'%(@[#$% \$)B#%P#B$#'A#A<Y%4/<%'5%12<%K@$%5C)A%$#'A@7=%5C#%-)75C%4)$B>)5%)7% 8(1"9"0%C#(P%5C'5%'% \(')75)DD%"'*)7Z%'%B(')"%@D%P#B#\5);#%\$)B)7Z=%'A%8(')75)DDA%B(')"%C#$#=%C'P%A5'7P)7Z%5@% \>$A>#%B(')"%A%'Z')7A5%5C#%P#D#7P'75%$#5')(#$<%T7%P@)7Z%A@=%5C#%4@>$5%@UA#$;#P%5C'5% Xm"n)A)7D@$"'5)@7%'U@>5%'%\$@P>B5_A%p7@$"'(_%\$)B#%)A%<%<%<%A)Z7)D)B'75%5@%"'7N% B@7A>"#$A%)7%5C#%A'"#%['N%'A%'%D'(A#%\$@P>B5%('U#(%[@>(P%U#<Y%8(1"9"0=%a:J%K</P%'5% ::02<%

//<! 8$@D#AA@$A%4@"\#'>%'7P%O$#['(%$#'BC#P%A)")('$%B@7B(>A)@7A%)7%'%.00.% '$5)B(#%XP#B'P#A%@D%$#A#'$BC%A>\\@$5%5C#%B@7B(>A)@7%5C'5%'P;#$5)A#P%$#D#$#7B#%\$)B#A% P@%)7P##P%#7C'7B#%B@7A>"#$A_%\#$B#\5)@7A%@D%5C#%;'(>#%@D%5C#%P#'(<Y%SC$>;%O$#['(%o% 9'$$N%S<%4@"\#'>=% *! "#$%&%'()*+,&(-*+./)*&'(0(123+?*=(*)*+4'+@&+A"'=%c<%@D% 4@7A>"#$%6DD')$A=%g@(</2=%-@<.=%'5%.Ja%+^)75#$%.00.3<%GC#%\$@D#AA@$A%'(A@%D@>7P% 5C'5%XmBn@7A>"#$A%'$#%)7D(>#7B#P%UN%B@"\'$)A@7%\$)B#A%#;#7%[C#7%5C#%A5'5#P%

!

$#D#$#7B#%\$)B#A%'$#%)"\('>A)U(N%C)ZC<Y%4/<%

/F<! T7%'7@5C#$%ABC@('$(N%\>U()B'5)@7=%8$@D#AA@$A%c@'7%9)7PA#NIW>(()*)7%'7P% R@AA%S<%8#55N%B@7B(>P#P%5C'5%Xm$n#D#$#7B#%\$)B#%'PA%A5$@7Z(N%)7D(>#7B#%B@7A>"#$% \#$B#\5)@7A%@D%;'(># q 4@7A>"#$A%@D5#7%"'*#%\>$BC'A#A%7@5%U'A#P%@7%\$)B#%U>5% U#B'>A#%'%$#5')(#$%'AA>$#A%5C#"%5C'5%'%P#'(%)A%'%Z@@P%U'$Z')7<%GC)A%@BB>$A%[ C#7%<%<%<%5C#% $#5')(#$%C)ZC()ZC5A%5C#%$#('5);#%A';)7ZA%B@"\'$#P%[ )5C%5C#%\$)B#A%@D%B@"\#5)5@$A%<%<%<% mGnC#A#%U'$Z')7%'AA>$'7B#A%+, 6A3%BC'7Z#%B@7A>"#$A_%\>$BC'A)7Z%U#C';)@$%'7P%"'N% P#B#);#%B@7A>"#$A<Y%c@'7%9)7PA#NIW>(()*)7% o %R@AA%S<%8#55N=%B%&C*'(12+D%-'(-0+ 6(0-"E&%2(12+, &(-*+F*%&-<3+6*-*$'("1+%1/+! "#$*'('("1=%2F%c<%@D%, >A<%R#A#'$BC%2a% +c'7>'$N%.0::3<%

/1<! &)")('$(N=%'BB@$P)7Z%5@%8$@D#AA@$A%8$';##7% i <% i @\'((#%'7P%c@'7% 9)7PA#NIW>(()*)7=%X$#A#'$BC%C'A%AC@[ 7%5C'5%$#5')(#$IA>\\()#P%$#D#$#7B#%\$)B#A%B(#'$(N% #7C'7B#%U>N#$A_%\#$B#\5)@7A%@D%;'(>#Y%'7P%XC';#%'%A)Z7)D)B'75%)"\'B5%@7%B@7A>"#$% \>$BC'A)7Z%P#B)A)@7A<Y%8$';##7% i <% i @\'((#% o %c@'7%9)7PA#NIW>(()*)7=%D<*+4#$%-'+"5+ GH'*&1%=+I*5*&*1-*+, &(-*+@1+! "10E#*&+, &(-*+GH$*-'%'("10=%aE%c<%@D%R#5')()7Z%..1% +.00/3<%

/2<! GC#%$#A>(5A%@D%'%:EE0%A5>PN%UN%8$@D#AA@$A%c#$$N%, <%O@5()#U%'7P%4N7PN% GC@"'A%K)5dZ#$'(P=%B'"#%5@%5C#%B@7B(>A)@7%5C'5%X$#D#$#7B#%\$)B#A%'$#%)"\@$5'75%B>#A% B@7A>"#$A%>A#%[ C#7%"'*)7Z%5C#%P#B)A)@7%B@7B#$7)7Z%C@[ %">BC%5C#N%'$#%[ )(()7Z%5@% \'N%D@$%5C#%\$@P>B5<Y%c#$$N%, <%O@5()#U% o %4N7PN%GC@"'A%K)5dZ#$'(P=%. 1+41)*0'(2%'("1+ 41'"+'<*+G55*-'0+"5+. /)*&'(0*/+I*5*&*1-*+, &(-*0+@1+'<*+, &(-*+! "10E#*&0+. &*+J(==(12+ D"+, %K+L"&+'<*+, &"/E-'=%2%c<%@D%6_P%, >A<%R#A<%:%+:EE03<%GC)A%A5>PN%'(A@%B@7B(>P#P% 5C'5%XB@7A>"#$A%'$#%()*#(N%5@%U#%")A(#P%)75@%'%[ )(()7Z7#AA%5@%\'N%'%C)ZC#$%\$)B#%D@$%'% \$@P>B5%A)"\(N%U#B'>A#%5C#%\$@P>B5%C'A%'%C)ZC#$%$#D#$#7B#%\$)B#<Y%4/<%

/a<! GC#%B(#'$%)7D#$#7B#%5@%U#%P$'[ 7%D$@"%5C)A%$#A#'$BC%'7P%5C#%-)75C% 4)$B>)5_A%@\)7)@7%)7%8(1"9"0%)A%5C'5%5C#%P#B#\5);#%'P;#$5)A)7Z%5C$@>ZC%5C#%>A#%@D%D'(A#% $#D#$#7B#%\$)B)7Z%#"\(@N#P%C#$#%UN%S#D#7P'75%)A%)75#7P#P%5@=%'7P%P@#A%)7%D'B5=% )7D(>#7B#%B>A5@"#$%U#C';)@$ j 'A%)5%P)P%8(')75)DDA_%\>$BC'A)7Z%P#B)A)@7%C#$# j UN%

!

'$5)D)B)'((N%)7D('5)7Z%B>A5@"#$%\#$B#\5)@7A%@D%'%Z);#7%)5#"_A%;'(>#%'7P%B'>A)7Z% B>A5@"#$A%5@%A\#7P%"@7#N%5C#N%@5C#$[)A#%[@>(P%7@5%C';#=%\>$BC'A#%)5#"A%5C#N% @5C#$[)A#%[@>(P%7@5%C';#=%'7P]@$%A\#7P%"@$#%"@7#N%D@$%'%\$@P>B5%5C'7%5C#N% @5C#$[)A#%[@>(P%C';#%'UA#75%5C#%P#B#\5);#%'P;#$5)A)7Z<%

**3 9! +-)((!)+%$,#!)--&1)%$,#(!**

/J<! 8(')75)DDA%U$)7ZA%5C)A%'B5)@7%@7%U#C'(D%@D%5C#"A#(;#A%'7P%'((%\#$A@7A% A)"')('$(N%A)5>'5#P%\>$A>'75%5@%R>(#%./+U3+.3=%./+U3+/3=%'7P%./+B3+F3%@D%5C#%K#P#$'(% R>(#A%@D%4);)(%8$@B#P>$#%'7P%A##*A%B#$5)D)B'5)@7%@D%5C#%D@((@[)7Z%B('AA%

6((%\#$A@7A%)7%5C#%&5'5#%@D%4'()D@$7)'%[C@%\>$BC'A#P%@7#%@$%"@$#% &>Ub#B5%,#PA%P>$)7Z%5C#%R#(#;'75%G)"#%'5%'%A5'5#P%P)AB@>75%D$@"%'% C)ZC#$%$#D#$#7B#%\$)B#%'7P%[C@%C';#%7@5%$#B#);#P%'%$#D>7P%@$%B$#P)5%D@$% 5C#)$%\>$BC'A#+A3<%

/E<! GC#%'U@;#IP#AB$)U#P%B('AA%@D%\#$A@7A%AC'((%C#$#'D5#$%U#%$#D#$$#P%5@%'A%5C#% X4('AA<Y%QLB(>P#P%D$@"%5C#%4('AA%'$#%'7N%'7P%'((%\'A5%@$%\$#A#75%@DD)B#$A=%P)$#B5@$A=%@$% #"\(@N##A%@D%S#D#7P'75=%'7N%b>PZ#A%[C@%\$#A)P#%@;#$%5C)A%'B5)@7=%'7P%'7N%\'$57#$%@$% #"\(@N##%@D%4('AA%4@>7A#(<%

F0<! 8(')75)DDA%$#A#$;#%5C#%$)ZC5%5@%#L\'7P=%()")5=%"@P)DN=%@$%'"#7P%5C#%B('AA% P#D)7)5)@7A%A5'5#P%'U@;#=)7B(>P)7Z%5C#%'PP)5)@7%@D%@7#%@$%"@$#%A>UB('AA#A=%)7% B@77#B5)@7%[)5C%5C#)$%"@5)@7%D@$%B('AA%B#$5)D)B'5)@7=%@$%'5%'7N%@5C#$%5)"#)"#=%U'A#P%>\@7=% '"@7Z%@5C#$%5C)7ZA=%BC'7Z)7Z%B)$B>"A5'7B#A=%@$%7#[%D'B5A%@U5')7#P%P>$)7Z%P)AB@;#$N<%

F:<! **#YWHTZNRL[**9%GC#%4('AA%)A%A@%7>"#$@>A%5C'5%b@)7P#$%@D%'((%"#"U#$A%)7% @7#%'B5)@7%)A%)"\$'B5)B'U(#<%GC#%#L'B5%7>"U#$%'7P%)P#75)5)#A%@D%5C#%"#"U#$A%@D%5C#% 4('AA%)A%>7*7@[7%5@%8(')75)DDA%'5%5C)A%5)"#%'7P%B'7%@7(N%U#%'AB#$5')7#P%5C$@>ZC% '\\$@\$)'5#%P)AB@;#$N=%U>5%@7%)7D@$"'5)@7%'7P%U#()#D=%8(')75)DDA%'((#Z#%5C'5%5C#$#%'$#% 5C@>A'7PA%@D%"#"U#$A%@D%5C#%4('AA<%

F.<! **%[QRPGORL[**9%8(')75)DDA_%B(')"A%'$#%5N\)B'(%@D%5C@A#%@D%@5C#$%"#"U#$A%@D% 5C#%4('AA=%'((%@D%[C@"%C';#%A>DD#$#P%A)")('$%C'$"%P>#%5@%S#D#7P'75_A%B@>$A#%@D%

!

B@7P>B5%'A%P#AB$)U#P%C#$#)7<%

F/<! ) KH ] YGP [ !ZI! * HQTHNHJLGLRZJ9%8(')75)DDA%'$#%'7%'P#r>'5#%$#\$#A#75'5);#% @D%5C#%4('AA%'7P%[)((%D')$(N%'7P%'P#r>'5#(N%\$@5#B5%5C#%)75#$#A5A%@D%5C#%4('AA<%8(')75)DDA% C';#%$#5')7#P%'55@$7#NA%[C@%'$#%#L\#$)#7B#P%)7%5C#%C'7P()7Z%@D%B@"\(#L%()5)Z'5)@7%'7P% B('AA%'B5)@7A=%'7P%8(')75)DDA%'7P%5C#)$%B@>7A#(%)75#7P%5@%\$@A#B>5#%5C)A%'B5)@7% ;)Z@$@>A(N<%

FF<! &^RNLHJPH!GJK!0THKZWRJGJPH!ZI!+ZWWZJ!_YHNLRZJN!ZI!-G\!ZT!.GPL9% 4@""@7%r>#A5)@7A%@D%('[%'7P%D'B5%#L)A5%'A%5@%'((%"#"U#$A%@D%5C#%4('AA%5C'5% \$#P@")7'5#%@;#$%'7N%r>#A5)@7A%'DD#B5)7Z%@7(N%)7P);)P>'(%"#"U#$A%@D%5C#%4('AA<% GC#A#%B@""@7%(#Z'(%'7P%D'B5>'(%r>#A5)@7A=%[C)BC%P@%7@5%;'$N%'"@7Z%"#"U#$A%@D%5C#% 4('AA=%'7P%[C)BC%"'N%U#%P#5#$")7#P%[)5C@>5%$#D#$#7B#%5@%5C#%)7P);)P>'(% B)$B>"A5'7B#A%@D%'7N%"#"U#$%@D%5C#%4('AA=%)7B(>P#=%U>5%'$#%7@5%()")5#P%5@=%5C#% D@((@[)7ZH%

+'3! ^C#5C#$=%P>$)7Z%5C#%R#(#;'75%G)"#=%S#D#7P'75%'P;#$5)A#P%D'(A#% R#D#$#7B#%8$)B#A%[)5C%$#A\#B5%5@%5C#%&>Ub#B5%,#PA<%

+U3! ^C#5C#$=%P>$)7Z%5C#%R#(#;'75%G)"#=%S#D#7P'75%'P;#$5)A#P%\$)B#% P)AB@>75A%D$@"%D'(A#%R#D#$#7B#%8$)B#A%[)5C%$#A\#B5%5@%5C#%&>Ub#B5%,#PA<%

+B3! ^C#5C#$%5C#%&>Ub#B5%,#PA%P>$)7Z%5C#%R#(#;'75%G)"#%[#$#%@DD#$#P%'5% 5C#)$%R#D#$#7B#%8$)B#A%D@$%'7N%$#'A@7'U(N%A>UA5'75)'(%\#$)@P%@D%5)"#% \$)@$%5@%U#)7Z%@DD#$#P%'5%\$)B#A%5C'5%[#$#%P)AB@>75#P%D$@"%5C#)$% R#D#$#7B#%8$)B#A<%

+P3! S@#A%S#D#7P'75_A%P#B#\5);#%\$)B)7Z%ABC#"#%>A)7Z%D'(A#%R#D#$#7B#% 8$)B#A%B@7A5)5>5#%'7%X>7(' [D>(=Y%X>7D')$=Y%@$%XD$'>P>(#75Y%U>A)7#AA% \$'B5)B#%)7%;)@('5)@7%@D%5C#%4'()D@$7)'%V7D')$%4@"\#5)5)@7%9'[=%4'(<% ,>A%o%8$@D<%4@P#%e%:a.00=%#5%A#r<s%

+#3! S@#A%S#D#7P'75_A%P#B#\5);#%\$)B)7Z%ABC#"#%>A)7Z%D'(A#%R#D#$#7B#% 8$)B#A%B@7A5)5>5#%P#B#\5);#=%>75$>#%@$%")A(#'P)7Z%'P;#$5)A)7ZY%

!

)7%;)@('5)@7%@D%5C#%4'()D@$7)'%V7D')$%4@"\#5)5)@7%9'[=%4'(<%,>A%o%8$@D<% 4@P#%e%:a.00=%*'+0*M<s%

+D3! S@#A%S#D#7P'75_A%P#B#\5);#%\$)B)7Z%ABC#"#%>A)7Z%D'(A#%R#D#$#7B#% 8$)B#A%B@7A5)5>5#%D'(A#%'P;#$5)A)7Z%)7%;)@('5)@7%@D%5C#%4'()D@$7)'%K'(A#% 6P;#$5)A)7Z%9'[%>7P#$%,>A)7#AA%o%8$@D#AA)@7A%4@P#%A#B5)@7%:a100=%*'+ 0*M<s%

+Z3! S@#A%S#D#7P'75_A%P#B#\5);#%\$)B)7Z%ABC#"#%>A)7Z%D'(A#%R#D#$#7B#% 8$)B#A%B@7A5)5>5#%'%;)@('5)@7%@D%5C#%4'()D@$7)'%9#Z'(%R#"#P)#A%6B5% 4'()D@$7)'%4);)(%4@P#%ee:a10=%*'+0*M<s%

+C3! ^C#%5C#$%S#D#7P'75_A%R#D#$#7B#%8$)B#A%@7%5C#%&>Ub#B5%,#PA%P>$)7Z%5C#% R#(#;'75%G)"#%'$#%D'(A#<%

+)3! ^C#%5C#$%'7P%[C#7%S#D#7P'75%*7#[%@$%(#'$7#P%5C'5%R#D#$#7B#%8$)B#A% D@$%5C#%&>Ub#B5%,#PA%[#$#%D'(A#<%

+b3! ^C'5%P)P%S#D#7P'75%C@\#%5@%Z')7%D$@"%>A)7Z%'%D'(A#%R#D#$#7B#%8$)B#% ABC#"#s%

+*3! ^C'5%P)P%S#D#7P'75%Z')7%D$@"%)5A%D'(A#%R#D#$#7B#%8$)B#%ABC#"#s%

+(3! ^C#%5C#$%S#D#7P'75_A%>A#%@D%D'(A#%R#D#$#7B#%8$)B#A%D@$%5C#%&>Ub#B5%,#PA% P>$)7Z%5C#%R#(#;'75%G)"#%[ 'A%"'5#$)'(<%

+"3! ^C#%5C#$%S#D#7P'75%C'P%'%P>5N%5@%P)AB(@A#%5@%)5A%B>A5@"#$A%5C'5%5C#% R#D#$#7B#%\$)B#A%[#$#%D'*#%X@$)Z)7'(Y%\$)B#A%)7%D>$5C#$'7B#%@D%AC'"% A'(#A<%

+73! G@%[C'5%#L5#75%P)P%S#D#7P'75_A%B@7P>B5%B'>A#%=%'7P%B@75)7>#%5@%B'>A#=% C'$"%5@%5C#%4('AAs%

+@3! ^C#%5C#$%5C#%"#"U#$A%@D%5C#%4('AA%'$#%#75)5(#P%5@%P'"'Z#A%'7P]@$% $#A5)5>5)@7<%

+\3! ^C'5%5N\#%@D%)7b>7B5);#%$#()#D%)A%'\\$@\$)'5#%'7P%7#B#AA'$N%5@%#7b@)7% S#D#7P'75%D$@"%B@75)7>)7Z%5@%#7Z'Z#%)7%D'(A#%@$%")A(#'P)7Z% 'P;#$5)A)7Zs%

!

+r3! ^ C#5C#$%S#D#7P'75_A%B@7P>B5%[ 'A%>7P#$5'*#7%[ )5C%B@7AB)@>A%P)A$#Z'$P% @D%5C#%$)ZC5A%@D%5C#%"#"U#$A%@D%5C#%4('AA%'7P%[ 'A%P@7#%[ )5C%D$'>P=% @\ \$#AA)@7=%'7P]@$%" '()B#<%

F1<! (YQHTRZTRL[9!6%B('AA%'B5)@7%)A%A>\#$)@$%5@%@5C#$%' ; ')('U(#%"#5C@PA%D@$% 5C#%D')$%'7P%#DD)B)#75%'Pb>P)B'5)@7%@D%5C)A%B@75$@;#$AN%U#B'>A#%)7P);)P>'(%()5)Z'5)@7%@D% 5C#%B(')"A%@D%'((%"#"U#$A%@D%5C#%4('AA%)A%)"\$'B5)B'U(#<%R#r>)$)7Z%#'BC%)7P);)P>'(% B('AA%"#"U#$%5@%D)(#%'7%)7P);)P>'(%(' [ A>)5%[ @>(P%>7$#'A@7'U(N%B@7A>"#%5C#% ' "@>75A%5C'5%" 'N%U#%$#B@;#$#P<%Q;#7%)D%#;#$N%"#"U#$%@D%5C#%4('AA%B@>(P%'DD@$P% )7P);)P>'(%()5)Z'5)@7=%5C#%'Pb>P)B'5)@7%@D%'5%(#'A5%5C@>A'7PA%@D%)P#75)B'(%B(')"A%[ @>(P% U#%>7P>(N%U>$P#7A@"#%5@%5C#%B@>$5A<%T7P);)P>'()d#P%()5)Z'5)@7%[ @>(P%'(A@%\$#A#75%5C#% \@5#75)'(%D@$%;'$N)7Z=%)7B@7A)A5#75=%@$%B@75$'P)B5@$N%b>PZ"#75A%'7P%[ @>(P%" 'Z7)DN% 5C#%P#('N%'7P%#L\#7A#%5@%'((%\'$5)#A%'7P%5@%5C#%B@>$5%ANA5#"%$#A>(5)7Z%D$@"%">(5)\(#% 5$)'(A%@D%5C#%A'"#%D'B5>'(%)AA>#A<, N%B@75$'A5=%5C#%B@7P>B5%@D%5C)A%'B5)@7%'A%'%B('AA% 'B5)@7=%[ )5C%$#A\#B5%5@%A@"#%@$%'((%@D%5C#%)AA>#A%\$#A#75#P%C#$#)7=%\$#A#75A%7@% "'7'Z#"#75%P)DD)B>(5)#A=%B@7A#$;#A%5C#%$#A@>$B#A%@D%5C#%\'$5)#A%'7P%@D%5C#%B@>$5% ANA5#"=%'7P%\$@5#B5A%5C#%$)ZC5A%@D%5C#%"#"U#$A%@D%5C#%4('AA<%8(')75)DDA%'75)B)\'5#%7@% P)DD)B>(5N%)7%5C#%"'7'Z#"#75%@D%5C)A%'B5)@7%'A%'%B('AA%'B5)@7<%GC#%\$@A#B>5)@7%@D% A#\'$'5#%'B5)@7A%UN%)7P);)P>'(%"#"U#$A%@D%5C#%4('AA%" 'N%B$#'5#%'%$)A*%@D% 'Pb>P)B'5)@7A%[ )5C%$#A\#B5%5@%5C#"%5C'5%[ @>(P=%'A%'%\$'B5)B'(%"'55#$=%U#%P)A\@A)5);#%@D% 5C#%)75#$#A5A%@D%5C#%@5C#$%"#"U#$A%@D%5C#%4('AA%[ C@%'$#%7@5%\'$5)#A%5@%A>BC% 'Pb>P)B'5)@7A=%@$%5C'5%[ @>(P%A>UA5'75)'((N%)"\')$%@$%)"\#P#%5C#%'U)()5N%@D%A>BC%7@7I \'$5N%4('AA%"#"U#$A%5@%\$@5#B5%5C#)$%)75#$#A5A<%

F2<! )NPHTLGRJGXR0RL[9%V\@7%)7D@$"'5)@7%'7P%U#()#D=%S#D#7P'75%*##\A% #L5#7A);#%B@"\>5#$)d#P%$#B@$PA%@D%5C#)$%A'(#A%'7P%B>A5@"#$A%5C$@>ZC=%' "@7Z%@5C#$% 5C)7ZA=%P'5'U'A#A%A5@$)7Z%B>A5@"#$%@$P#$A=%B>A5@"#$%@$P#$%C)A5@$)#A=%B>A5@"#$% \$@D)(#A=%'7P%Z#7#$'(%"'$*#5)7Z%\$@Z$'"A<%!7%)7D@$"'5)@7%'7P%U#()#D=%S#D#7P'75%C'A% @7#%@$%"@$#%P'5'U'A#A%5C$@>ZC%[ C)BC%'%A)Z7)D)B'75%" 'b@$)5N%@D%"#"U#$A%@D%5C#%4('AA% "'N%U#%)P#75)D)#P%'7P%'AB#$5')7#P=%'7P%5C#N%"')75')7%B@75'B5%)7D@$"'5)@7=%)7B(>P)7Z%

!

# " ')(%'PP$#AA#A%'7P%C@ " #%'PP$#AA#A%+A>BC%'A%U)(()7Z=% " ')()7Z=%'7P%AC)\\)7Z% 'PP$#AA#A3=%5C$@>ZC%[ C)BC%7@5)B#%@D%5C)A%'B5)@7%)A%B'\'U(#%@D%U#)7Z%P)AA# " )7'5#P%)7% 'BB@$P'7B#%[ )5C%P>#%\$@B#AA%$#r>)$# " #75A<%

**3$9! + - ) $ / (! . , *!*& - $& . !**

**.$* ( %!+ - ) $ / ! . , *!*& - $& . !**

**3$ , - ) %$ , #! , .!+ ) - $. , * #$ ) ! " # . ) $*!+ , / 0&%$%$ , #! - ) 8 !5+ ) - 9! : " (9!**

**; !0 * , .9!+ , ' &!<6=?>>`!!"#$!%97!**

**5 : [!0GRJLRIIN! ) UGRJNL! ' HIHJKGJL!ZJ! : HVG0I!ZI!LVH! + 0GNN7!**

Fa<! 8(')75)DDA%$#A5'5#%'7P%$#I'((#Z#%5C#%D@$#Z@)7Z%\'$'Z$'\CA%'A%)D%D>((N%A#5% D@$5C%C#$#)7<%

FJ<! 4'()D@$7)'%, >A)7#AA%'7P%8$@D#AA)@7A%4@P#%A#B5)@7%: a . 00%*'+0*M<=%'(A@% *7@ [ 7%'A%5C#%4'()D@$7)'%V7D')$%4@ " \#5)5)@7%9' [ %+XV 4 9Y3=%\$@C)U)5A%'B5A%@D%X>7D')$% B@ " \#5)5)@7=Y%)7B(>P)7Z%'7N%X>7(' [ D>(=%>7D')$%@$%D$'>P>(#75%U>A)7#AA%'B5%@$%\$'B5)B#Y% 'A% [ #((%'A%X>7D')$=%P#B#\5);#=%>75$>#%@$% " )A(#'P)7Z%'P ; #$5)A)7Z<Y%

FE<! 6%B'>A#%@D%'B5)@7%" 'N%U#%U$@>ZC5%>7P#$%5C#%X>7(' [ D>(Y%\$@7Z%@D%5C#% V 4 9%)D%'%\$'B5)B#%; )@('5#A%'7@5C#$%(' [ <%&>BC%'7%'B5)@7%U@$$@ [ A%; )@('5)@7A%@D%@5C#$% (' [ A%'7P%5$#'5A%5C#A#%; )@('5)@7A=% [ C#7%B@ " " )55#P%\>$A>'75%5@%U>A)7#AA%'B5) ; )5N=%'A% >7(' [ D>(%\$'B5)B#A%)7P#\#7P#75(N%'B5)@7'U(#%>7P#$%5C#%V 4 9<%

10<! ?#$#=%UN%#7Z'Z)7Z%)7%D'(A#%'P ; #$5)A)7Z=%'A% [ #((%'A%5C#%D'(A#=%P#B#\5) ; #=% '7P% " )A(#'P)7Z%B@7P>B5%'((#Z#P%'U@ ; #=%S#D#7P'75%C'A%#7Z'Z#P%)7%>7(' [ D>(%U>A)7#AA% 'B5A%'7P%\$'B5)B#A%)7% ; )@('5)@7%@D%5C#%V 4 9=%)7B(>P)7Z% ; )@('5)@7A%@D%A5'5#%'7P%D#P#$'(% (' [ A%'7P%$#Z>('5)@7A=%A>BC%'A : 1%V<&<4<%e%F1+'3+:3=%:2%4<K<R<%e%. / /<:=%4'()D@$7)'% , >A)7#AA% o %8$@D#AA)@7A%4@P#%A#B5)@7A%:a100%'7P%:a10:=%'7P%4'()D@$7)'%4);)(%4@P#% A#B5)@7A%:aa0+'3+E3%'7P%:aa0+'3+:/3<%

1:<! GC#%K#P#$'(%G$'P#%4@ " " )AA)@7%6B5%+XKG4 6Y3%\$@C)U)5A%X>7D')$%@$% P#B#\5);#%'B5A%@$%\$'B5)B#A%)7%@$%'DD#B5)7Z%B@ " " #$B#m<nY%:1%V<&<4<%e%F1+'3+:3<%V7P#$% KG4%$#Z>('5)@7A=%D'(A#%D@$ " #$%\$)B)7Z%ABC# " #A%A) " )('$%5@%5C#%@7#A%# " \(@N#P%UN% S#D#7P'75=%'$#%P#B#\5);#%\$'B5)B#A%5'%[ @>(P% ; )@('5#%5C#%KG4 6H%

!

+'3% ! 7#%@D%5C#% " @A5%B@ " " @7(N%>A#P%D@$ " A%@D%U'$Z')7%'P;#$5)A)7Z%)A%5@%@DD#$%'% $#P>B5)@7%D$@ " %5C#%'P;#$5)A#$_A%@ [ 7%D@$ " #$%\$)B#%D@$%'7%'$5)B(#<%TD%5C#%D@$ " #$% \$)B#%)A%5C#%'B5>'(=%U@7'%D)P#%\$)B#%'5% [ C)BC%5C#%'$5)B(#% [ 'A%@DD#$#P%5@%5C#% \>U()B%@7%'%$#Z>('$%U'A)A%D@$%'%$#'A@7'U(N%A>UA5'75)'(%\#$)@P%@D%5) " #=%)5% \$@;)P#A%'%(#Z)5) " '5#%U'A)A%D@$%5C#%'P;#$5)A)7Z%@D%'%\$)B#%B@ " \'$)A@7<% ^ C#$#% 5C#%D@$ " #$%\$)B#%)A%Z#7>)7#=%5C#%U'$Z')7%U#)7Z%'P;#$5)A#P%)A%'%5$>#%@7#<%TD=%@7% 5C#%@5C#$%C'7P=%5C#%D@$ " #$%\$)B#%U#)7Z%'P;#$5)A#P%)A%7@5%U@7'%D)P#%U>5%D)B5)5)@>A% k%D@$%#L' " \(#=% [ C#$#%'7%'$5)D)B)'(=%)7D('5#P%\$)B#% [ 'A%#A5'U()AC#P%D@$%5C#% \>$\@A#%@D%#7'U()7Z%5C#%A>UA#r>#75%@DD#$%@D%'%('$Z#%$#P>B5)@7%k%5C#%XU'$Z')7Y% U#)7Z%'P;#$5)A#P%)A%'%D'(A#%@7#t%5C#%\>$BC'A#$%)A%7@5%$#B#);)7Z%5C#%>7>A>'(% ;'(>#%C#%#L\#B5A<%

%

+U3% 6 %D@$ " #$%\$)B#%)A%7@5%7#B#AA'$)(N%D)B5)5)@>A% " #$#(N%U#B'>A#%7@%A'(#A%'5%5C#% 'P;#$5)A#P%\$)B#% [ #$#% " 'P#<%GC#%'P;#$5)A#$%AC@>(P%U#%#A\#B)'((N%B'$#D>(=% C@ [ #;#$=%)7%A>BC%'%B'A#=%5C'5%5C#%\$)B#%)A%@7#%'5% [ C)BC%5C#%\$@P>B5% [ 'A%@\#7(N% '7P%'B5);#(N%@DD#$#P%D@$%A'(#=%D@$%'%$#'A@7'U(N%A>UA5'75)'(%\#$)@P%@D%5) " #=%)7%5C#% $#B#75=%$#Z>('$%B@>$A#%@D%C#$%U>A)7#AA=%C@7#A5(N%'7P%)7%Z@@P%D')5C%k%'7P=%@D% B@>$A#=%7@5%D@$%5C#%\>$\@A#%@D%#A5'U()AC)7Z%'%D)B5)5)@>A%C)ZC#$%\$)B#%@7% [ C)BC%'% P#B#\5);#%B@ " \'$)A@7%" )ZC5%U#%U'A#P<%

%

+B3%GC#%D@((@ [ )7Z%)A%'7%#L' " \(#%@D%'%\$)B#%B@ " \'$)A@7%U'A#P%@7%'%D)B5)5)@>A% D@$ " #$%\$)B#<%c@C7%S@#%)A%'%$#5')(#$%@D%,$'7P%u%D@>75')7%\#7A=%[ C)BC%B@A5%C) " % `1%#'BC<%?)A%>A>'(%" '$*>\%)A%10%\#$B#75%@;#$%B@A5t%5C'5%)A=%C)A%$#Z>('$%$#5')(% \$)B#%)A%`a<10<%T7%@$P#$%A>UA#r>#75(N%5@%@DD#$%'%>7>A>'(%XU'$Z')7=Y%S@#% U#Z)7A%@DD#$)7Z%,$'7P%u%'5%`:0%\#$%\#7<%?#%$#'()d#A%5C'5%C#% [ )((%U#%'U(#%5@%A#((% 7@=%@$%;#$N%D#[=%\#7A%'5%5C)A%)7D('5#P%\$)B#<%,>5%C#%P@#A7_5%B'$#=%D@$%C#% " ')75')7A%5C'5%\$)B#%D@$%@7(N%'%D# [ %P'NA<%GC#7%C#%XB>5AY%5C#%\$)B#%5@%)5A%>A>'(% (#;#(%j `a<10 j '7P%'P;#$5)A#AH%XG#$$)D)B%, '$Z')7H%u%8#7A=% ^ #$#%`:0=% - @ [ % ! 7(N%`a<10vY%GC)A%)A%@U;)@>A(N%'%D'(A#%B(') " <%GC#%'P;#$5)A#P%XU'$Z')7Y%)A%7@5% Z#7>)7#<%

%

+P3% ! 5C#$%)((>A5$'5)@7A%@D%D)B5)5)@>A%\$)B#%B@ " \'$)A@7A%B@>(P%U#%Z);#7<% 6 7% 'P;#$5)A#$% " )ZC5%>A#%'%\$)B#%'5% [ C)BC%C#%7#;#$%@DD#$#P%5C#%'$5)B(#%'5% ((t%C#% " )ZC5%D#'5>$#%'%\$)B#% [ C)BC% [ 'A%7@5%>A#P%)7%5C#%$#Z>('$%B@>$A#%@D%U>A)7#AA=%@$% [ C)BC% [ 'A%7@5%>A#P%)7%5C#%$#B#75%\'A5%U>5%'5%A@ " #%$# " @5#%\#$)@P%)7%5C#%\'A5=% [ )5C@>5% " '*)7Z%P)AB(@A>$#%@D%5C'5%D'B5t%C#% " )ZC5%>A#%'%\$)B#%5C'5% [ 'A%7@5% @\#7(N%@DD#$#P%5@%5C#%\>U()B=%@$%5C'5% [ 'A%7@5% " ')75')7#P%D@$%'%$#'A@7'U(#% (#7Z5C%@D%5) " #=%U>5%[ 'A%) " " #P)'5#(N%$#P>B#P<%

%

1.<! GC#%KG4 6%'(A@%\$@C)U)5A%5C#%\$)B)7Z%ABC# " #%# " \(@N#P%UN%S#D#7P'75% $#Z'$P(#AA%@D% [ C#5C#$%5C#%\$@P>B5%'P;#$5)A# " #75%'7P%$#\$#A#75'5)@7A%>A#%5C#% [ @$PA% X$#Z>('$=Y%X@$)Z)7'(=Y%@$%X " #$Y%\$)B#H%

!

+#3%TD%5C#%D@$ " #$%\$)B#%)A%A#5%D@$5C%)7%5C#%'P;#$5)A# " #75=% [ C#5C#$% 'BB@ " \'7)#P%@$%7@5%UN%P#AB$)\5);#%5#$ " )7@(@ZN%A>BC%'A%XR#Z>('$(N=Y% XVA>'((N=Y%XK@$ " #$(N=Y%#5B<=%5C#%'P;#$5)A#$%AC@>(P% " '*#%B#$5')7%5C'5%5C#% D@$ " #$%\$)B#%)A%7@5%'%D)B5)5)@>A%@7#<%TD%5C#%D@$ " #$%\$)B#=%@$%5C#%' " @>75%@$% \#$B#75'Z#%@D%$#P>B5)@7=%)A%7@5%A5'5#P%)7%5C#%'P;#$5)A# " #75=%'A% [ C#7%5C#%'P% " #$#(N%A5'5#A=%X&'(#=Y%5C#%'P;#$5)A#$% " >A5%5'*#%B'$#%5C'5%5C#%' " @>75%@D% $#P>B5)@7%)A%7@5%A@%)7A)Z7)D)B'75%'A%5@%U#% " #'7)7Z(#AA<%T5%AC@>(P%U#%A>DD)B)#75(N% ('$Z#%5C'5%5C#%B@7A> " #$=%)D%C#%*7# [ % [ C'5%)5% [ 'A=% [ @>(P%U#()#;#%5C'5%'%Z#7>)7#% U'$Z')7%@$%A';)7Z% [ 'A%U#)7Z%@DD#$#P<% 6 7%'P;#$5)A#$% [ C@%B(') " A%5C'5%'7%)5# " % C'A%U##7%XR#P>B#P%5@%`E<EE=Y% [ C#7%5C#%D@$ " #$%\$)B#% [ 'A%`:0=%)A% " )A(#'P)7Z% 5C#%B@7A> " #$=% [ C@% [ )((%>7P#$A5'7P%5C#%B(') " %5@% " #'7%5C'5%'% " >BC%Z$#'5#$=%'7P% 7@5% " #$#(N%7@ " )7'(=%$#P>B5)@7% [ 'A%U#)7Z%@DD#$#P<%

%

1/<! K>$5C#$=% S #D#7P'75_A%B@7P>B5%'A%P#AB$)U#P%C#$#)7%'(A@%;)@('5#A% 4'()D@$7)'%D'(A#%'P;#$5)A)7Z%(' [ A<%&\#B)D)B'((N=%4'()D@$7)'%, >A)7#AA% o %8$@D#AA)@7A% 4@P#%A#B5)@7%:a100%\$@;)P#A=%)7%$#(#;'75%\'$5=%5C'5%)5%)A%>7(' [ D>(%D@$%'7N%B@$\@$'5)@7=% [ )5C%)75#75%P)$#B5(N%@$%)7P)$#B5(N%5@%P)A\@A#%@D%\#$A@7'(%\$@\#$5N=%5@% " '*#%@$% P)AA# " )7'5#%)7%'7N%X " '77#$%@$% " #'7A% [ C'5#;#$=%)7B(>P)7Z%@;#$%5C#%T75#$7#5=%'7N% A5'5# " #75=%B@7B#$7)7Z%5C'5%<%<%<%\#$A@7'(%\$@\#$5N%<%<%<% [ C)BC%)A%>75$>#%@$% " )A(#'P)7Z=% '7P% [ C)BC%)A%*7@ [ 7=%@$% [ C)BC%UN%5C#%#L#$B)A#%@D%$#'A@7'U(#%B'$#%AC@>(P%U#%*7@ [ 7=% 5@%U#%>75$>#%@$% " )A(#'P)7Zm<nY%

1F<! 4'()D@$7)'%(' [ %'(A@%#L\$#AA(N%\$@C)U)5A%D'(A#%D@$ " #$%\$)B)7Z%ABC# " #A% ()*#%5C#%@7#%# " \(@N#P%UN% S #D#7P'75<%4'()D@$7)'%, >A)7#AA% o %8$@D#AA)@7A%4@P#% A#B5)@7%:a10:=%#75)5(#P%X ^ @$5C%@$%;'(>#t%A5'5#% " #75A%'A%5@%D@$ " #$%\$)B#=Y%A5'5#A%'A% D@((@ [ AH%

K@$%5C#%\>$\@A#%@D%5C)A%'$5)B(#%5C# [ @$5C%@$%;'(>#%@D%'7N%5C)7Z%'P;#$5)A#P%)A%5C#% \$#;')()7Z% " '$*#5%\$)B#=% [ C@(#A'(#%)D%5C#%@DD#$%)A%'5% [ C@(#A'(#=%$#5')(%)D%5C#% @DD#$%)A%'5%$#5')(=%'5%5C#%5) " #%@D%\>U()B'5)@7%@D%A>BC%'P;#$5)A# " #75%)7%5C#% (@B'()5N% [ C#$#)7%5C#%'P;#$5)A# " #75%)A%\>U()AC#P<%

%

- @%\$)B#%AC'((%U#%'P;#$5)A#P%'A%'%D@$ " #$%\$)B#%@D%'7N%'P;#$5)A#P%5C)7Z=%>7(#AA% 5C#%'((#Z#P%D@$ " #$%\$)B#% [ 'A%5C#%\$#;')()7Z%" '$*#5%\$)B#%'A%'U@;#%P#D)7#P% [ )5C)7%5C$##% " @75CA%7#L5% " " #P)'5#(N%\$#B#P)7Z%5C#%\>U()B'5)@7%@D%5C#% 'P;#$5)A# " #75%@$%>7(#AA%5C#%P'5#%[ C#7%5C#%'((#Z#P%D@$ " #$%\$)B#%P)P%\$#;')(%)A% B(#'$(N=%#L'B5(N%'7P%B@7A\)B>@>A(N%A5'5#P%)7%5C#%'P;#$5)A# " #75<%

%

!

11<! W@$#@;#$=%S#D#7P'75_A%B@7P>B5%'(A@%;)@('5#A%5C#%4'()D@$7)'%4@7A>"#$% 9#Z'(%R#"#P)#A%6B5%+X49R6Y3<%F**%4'(<%4);<%4@P#%ee%:a10=%#5%A#r<%W@$#% A\#B)D)B'((N=%S#D#7P'75%;)@('5#P%5C#%49R6%\$@;)A)@7A%\$@C)U)5)7Z%U>A)7#AA#A%D$@"% Xm"n'*)7Z%D'(A#%@$%")A(#'P)7Z%A5'5#"#75A%@D%D'B5%B@7B#$7)7Z%$#'A@7A%D@$=%#L)A5#7B#% @D=%@$%'"@>75A%@D%\$)B#%$#P>B5)@7Am<nY%4'(<%4);<%4@P#%e:aa0+'3+:/3<%

12<! 6%U>A)7#AA%'B5%@$%\$'B5)B#%)A%X>7D')$Y%>7P#$%5C#%V49%)D%)5%@DD#7PA%'7% #A5'U()AC#P%\>U()B%\@()BN%@$%)A%)""@$'(=%>7#5C)B'(=%@\\$#AA);#=%>7AB$>\>(@>A%@$% A>UA5'75)'((N%)7b>$)@>A%5@%B@7A>"#$A=%'7P%5C'5%>7D')$7#AA%)A%P#5#$")7#P%UN%[#)ZC)7Z% 5C#%$#'A@7A=%b>A5)D)B'5)@7A=%'7P%"@5);#A%@D%5C#%\$'B5)B#%'Z')7A5%5C#%Z$';)5N%@D%5C#% C'$"%5@%5C#%'((#Z#P%;)B5)"A<%

1a<! ?#$#=%S#D#7P'75_A%'B5)@7A%B@7A5)5>5#%X>7D')$Y%U>A)7#AA%'B5A%@$%\$'B5)B#A% U#B'>A#=%'A%'((#Z#P%'U@;#=%S#D#7P'75%#7Z'Z#P%)7%'%")A(#'P)7Z%'7P%P#B#\5);#%\$)B)7Z% ABC#"#%UN%'P;#$5)A)7Z%'7P%$#\$#A#75)7Z%D'(A#%R#D#$#7B#%8$)B#A%'7P%5C#$#UN%D'(A#(N% 'P;#$5)A)7Z%'7P%$#\$#A#75)7Z%"'$*P@[7A%@$%XP)AB@>75AY%5C'5%[#$#%D'(A#%'7P%)7D('5#P<% S#D#7P'75_A%P#B#\5);#%"'$*#5)7Z%\$'B5)B#%Z';#%B@7A>"#$A%5C#%D'(A#%)"\$#AA)@7%5C'5% S#D#7P'75_A%\$@P>B5A%[#$#%$#Z>('$(N%A@(P%@7%5C#%"'$*#5%D@$%'%A>UA5'75)'((N%C)ZC#$% \$)B#%)7%5C#%$#B#75%\'A5%5C'7%5C#N%'B5>'((N%[#$#%'7P%5C>A%(#P%5@%5C#%D'(A#%)"\$#AA)@7%5C'5% 5C'5%S#D#7P'75_A%\$@P>B5A%[#$#%[@$5C%"@$#%5C'7%5C#N%'B5>'((N%[#$#<%S#D#7P'75_A% 'B5A%'7P%\$'B5)B#A%5C>A%@DD#7P#P%'7%#A5'U()AC#P%\>U()B%\@()BN=%'7P%5C#N%#7Z'Z#P%)7% )""@$'(=%>7#5C)B'(=%@\\$#AA);#=%'7P%>7AB$>\>(@>A%'B5);)5)#A%5C'5%'$#%A>UA5'75)'((N% )7b>$)@>A%5@%B@7A>"#$A<%

1J<! GC#%C'$"%5@%8(')75)DDA%'7P%"#"U#$A%@D%5C#%4('AA%@>5[#)ZCA%5C#%>5)()5N%@D% S#D#7P'75_A%\$'B5)B#A<%GC#$#%[#$#%$#'A@7'U(N%'(';')('U(#%'(5#$7'5);#A%5@%D>$5C#$% S#D#7P'75_A%(#Z)5)"'5#%U>A)7#AA%)75#$#A5A=%@5C#$%5C'7%5C#%")A(#'P)7Z%'7P%P#B#\5);#% B@7P>B5%P#AB$)U#P%C#$#)7<%

1E<! 6%U>A)7#AA%'B5%@$%\$'B5)B#%)A%XD$'>P>(#75Y%[)5C)7%5C#%"#'7)7Z%@D%5C#% V49%)D%)5%)A%(#*#(N%5@%P#B#);#%"#"U#$A%@D%5C#%\>U()B<%

!

20<! ?#$#=% " # " U#$A%@D%5C#%\>U()B%'$#%()*#(N%5@%U#%P#B#);#P%UN%S#D#7P'75_A% B@7P>B5%'A%'((#Z#P%'U@;#<%6 " @7Z%@5C#$%5C)7ZA=%S#D#7P'75%'DD)$" '5);#(N% " )A$#\$#A#75#P%5C#%R#D#$#7B#%8$)B#A%@D%)5A%&>Ub#B5%, #PA=%[ C)BC%5C#$#UN%" )A(#P%'7P% P#B#);#P%B>A5@" #$A%)75@%U#()#;)7Z%5C'5%5C#N%[ #$#%U>N)7Z%5C#%&>Ub#B5%, #PA%D$@" % S#D#7P'75%'5%A>UA5'75)'((N%" '$*#P%P@[ 7%'7P%P)AB@>75#P%\$)B#A<%S#D#7P'75_A% P#B#\5);#%" '$*#5)7Z%\$'B5)B#%Z';#%B@7A>" #$A%5C#%D'(A#%) " \$#AA)@7%5C'5%)5A%\$@P>B5A% [ #$#%$#Z>('$(N%A@(P%@7%5C#%" '$*#5%D@$%'%A>UA5'75)'((N%C)ZC#$%\$)B#%)7%5C#%$#B#75%\'A5% 5C'7%5C#N%'B5>'((N%[ #$#%'7P%5C>A%(#P%5@%5C#%D'(A#%) " \$#AA)@7%5C'5%S#D#7P'75_A% \$@P>B5A%[ #$#%[ @$5C%" @$#%5C'7%5C#N%'B5>'((N%[ #$#<%

2:<! T7%'PP)5)@7=%S#D#7P'75%C'P%'%P>5N%5@%P)AB(@A#%5C#%5$>5C%'U@>5%)5A%\$)B)7Z% P#B#\5)@7=%)7B(>P)7Z=%' " @7Z%@5C#$%5C)7ZA=%5C'5%5C#%R#D#$#7B#%8$)B#A%'P;#$5)A#P%'7P% \>U()AC#P%@7%)5A%^#UA)5#%'7P%P)A\('N#P%)7%)5A%A5@$#A%[ #$#%7@5=%)7%D'B5=%\$)B#A%'5%[ C)BC% 5C#%&>Ub#B5%, #PA%C'P%A@(P%D@$%)7%5C#%$#B#75%\'A5%D@$%'%$#'A@7'U(N%A>UA5'75)'(%\#$)@P%@D% 5) " #=%U>5%5C'5%)7A5#'P=%)7%$#'()5N=%S#D#7P'75_A%&>Ub#B5%, #PA%$'$#(N%+)D%#;#$3%[ #$#% @DD#$#P%'5%5C#%'P;#$5)A#P%R#D#$#7B#%8$)B#A<%S#D#7P'75=%C@[ #;#$=%B@7B#'(#P%5C)A% " '5#$)'(%)7D@$" '5)@7%D$@" %B>A5@" #$A%'7P%5C#%Z#7#$'(%\>U()B<%W# " U#$A%@D%5C#%\>U()B=% 5C#$#D@$#=%[ #$#%'(A@%()*#(N%5@%U#%P#B#);#P%UN%S#D#7P'75_A%D')(>$#%5@%P)AB(@A#%" '5#$)'(% )7D@$" '5)@7<%

2.<! 8(')75)DDA%'7P%#'BC%" # " U#$%@D%5C#%4('AA%A>DD#$#P%'7%)7b>$N%)7%D'B5%'7P% (@A5%" @7#N%@$%\$@\#$5N%'A%'%$#A>(5%@D%S#D#7P'75_A%>7(' [ D>(=%>7D')$=%'7P]@$%D$'>P>(#75% U>A)7#AA%\$'B5)B#A=%'7P%'A%'%$#A>(5%@D%S#D#7P'75_A%>7D')$=%P#B#\5);#=%>75$>#%@$% " )A(#'P)7Z%'P;#$5)A)7Z<%

2/<! 8(')75)DDA=%@7%U#C'(D%@D%5C# " A#(;#A%'7P%5C#%" # " U#$A%@D%5C#%4('AA=%A##*% $#A5)5>5)@7%'7P%P)AZ@$Z# " #75%@D%'((%" @7#NA%$#B#);#P%UN%S#D#7P'75%5C$@>ZC%5C#% B@7P>B5%P#AB$)U#P%'U@;#<%

2F<! 8(')75)DDA=%@7%U#C'(D%@D%5C# " A#(;#A%'7P%5C#%" # " U#$A%@D%5C#%4('AA=%A##*A% '%5# " \@$'$N=%\$#() " )7'$N=%'7P]@$%\#$" '7#75%)7b>7B5)@7%\$@C)U)5)7Z% S#D#7P'75%D$@" %#7Z'Z)7Z%)7%5C#%\'55#$7A%'7P%\$'B5)B#A%P#AB$)U#P%C#$#)7=%)7B(>P)7Z%

!

U>5%7@5%() " )5#P%5@=%\>55)7Z%'%A5@\%5@%)5A%P#B#\5);#%'P;#$5)A# " #75A%'7P%D'(A#%R#D#$#7B#% 8$)B#A%)7%B@77#B5)@7% [ )5C%)5A%A'(#%@D%U#PA<%

**(&+ , # '!+ - ) $ / ! . , *!*& - $& .!**

**3$, - ) %$, #!, .!+ ) - $. , * #$)!. ) - (&!) ' 3&* %$($# 1! - ) 8 `!+ ) - 9! : " (9!**

**; !0 * , . 9!+ , ' &!<6=@>>`!!"#$!%9!**

**5 : [!00GRJLRIIN! ) UGRJNL! ' HIHJKGJL!ZJ! : HVG0I!ZI!LVH! + 0GNN7!**

21<! 8(')75)DDA%$#A5'5#%5C#%D@$#Z@)7Z%\'$'Z$'\CA%'A%)D%D>((N%A#5%D@$5C%C#$#)7<%

22<! GC#%4'()D@$7)'%K'(A#%6P;#$5)A)7Z%9' [ =%B@P)D)#P%'5%4'()D@$7)'%, >A)7#AA% o%8$@D#AA)@7A%4@P#%A#B5)@7%: a100=%#5%A#r<%+5C#%XK69Y3%\$@;)P#A=%)7%$#(#;'75%\'$5=% 5C'5%)5%)A%>7(' [ D>(%D@$%'7N%B@$\@$'5)@7=% [ )5C%)75#75%P)$#B5(N%@$%)7P)$#B5(N%5@%P)A\@A#%@D% \#$A@7'(%\$@\#$5N=%5@%" '*#%@$%P)AA# " )7'5#%)7%'7N%X " '77#$%@$%" #'7A% [ C'5#;#$=% )7B(>P)7Z%@;#$%5C#%T75#$7#5=%'7N%A5'5# " #75=%B@7B#$7)7Z%5C'5%<%<%<%\#$A@7'(%\$@\#$5N%<%<%<% [ C)BC%)A%>75$>#%@$%" )A(#'P)7Z=%'7P% [ C)BC%)A%*7@ [ 7=%@$% [ C)BC%UN%5C#%#L#$B)A#%@D% $#'A@7'U(#%B'$#%AC@>(P%U#%*7@ [ 7=%5@%U#%>75$>#%@$%" )A(#'P)7Zm<nY%4'(<%, >A<%o%8$@D<% 4@P#%e%: a100<%GC#%X)75#75Y%$#r>)$#P%UN%A#B5)@7%: a100%)A%5C#%)75#75%5@%P)A\@A#%@D% \$@\#$5N=%'7P%7@5%5C#%)75#75%5@%" )A(#'P%5C#%\>U()B%)7%5C#%P)A\@A)5)@7%@D%A>BC%\$@\#$5N<%

2a<! &) " )('$(N=%'7@5C#$%A#B5)@7%@D%5C#%K69%\$@;)P#A=%)7%$#(#;'75%\'$5=%5C'5% X7@%\$)B#%AC'((%U#%'P;#$5)A#P%'A%'%D@$" #$%\$)B#%@D%'7N%'P;#$5)A#P%5C)7Z=%>7(#AA%5C#% '((#Z#P%D@$" #$%\$)B#% [ 'A%5C#%\$#;')()7Z%" '$*#5%\$)B#%<%<%<% [ )5C)7%5C$##%" @75CA%7#L5% ) " " #P)'5#(N%\$#B#P)7Z%5C#%\>U()B'5)@7%@D%5C#%'P;#$5)A# " #75%@$%>7(#AA%5C#%P'5#% [ C#7% 5C#%'((#Z#P%D@$" #$%\$)B#%P)P%\$#;')(%)A%B(#'$'$(N=%#L'B5(N=%'7P%B@7A\)B>@>A(N%A5'5#P%)7% 5C#%'P;#$5)A# " #75<Y%4'(%, >A<%o%8$@D<%4@P#%e%: a10:<%

2J<! ?#$#=%S#D#7P'75%$@>5)7#(N%P)AA# " )7'5#P%)7%)5A%A5@$#A%'7P%@7%)5A% ^ #UA)5#% D'(A#%R#D#$#7B#%8$)B#A%D@$%5C#%&>Ub#B5%, #PA=%)7B(>P)7Z%5@%8(')75)DDA<%&>BC%A5'5# " #75A% @D%S#D#7P'75% [ #$#%>75$>#=%@$%'5%5C#%;#$N%(#'A5=% [ #$#% " )A(#'P)7Z<%6 " @7Z%@5C#$% 5C)7ZA=%S#D#7P'75%$'$#(N=%)D%#;#$=%@DD#$#P%5C#%&>Ub#B5%, #PA%D@$%A'(#%'5%5C#%R#D#$#7B#% 8$)B#A%P)A\('N#P%D@$%#'BC%\$@P>B5<%K>$5C#$=%S#D#7P'75%$'$#(N=%)D%#;#$=%@DD#$#P%5C#%

!

&>Ub#B5% , #PA%'5%5C#%R#D#$#7B#%8$)B#A% [ )5C)7%5C#%5C$##% " @75CA%) " " #P)'5#(N%\$#B#P)7Z% 5C#%\>U()B'5)@7%@D%5C#%R#D#$#7B#%8$)B#A<%%

2E<! S#D#7P'75%5C>A% " )A(#P%B>A5@ " #$A=%)7B(>P)7Z%8(')75)DDA=%)75@%U#()#;)7Z% 5C'5%5C#%R#D#$#7B#%8$)B#A%'$#%@$% [ #$#%Z#7>)7#%@$)Z)7'(=%$#5')(=%@$%D@$ " #$%\$)B#A%'7P% 5C'5%5C#%XA'(#Y%\$)B#A%$#('5);#%5@%5C#%\>U()AC#P%R#D#$#7B#%8$)B#A=%)7%D'B5=%$#D(#B5#P% $#'(%'7P%A>UA5'75)'(%P)AB@>75A<%S#D#7P'75_A%P#B#\5);#% " '$*#5)7Z%\$'B5)B#%Z';#% B@7A> " #$A%5C#%D'(A#%) " \$#AA)@7%5C'5%)5A%\$@P>B5A% [ #$#%$#Z>('$(N%A@(P%D@$%'% A>UA5'75)'((N%C)ZC#$%\$)B#%)7%5C#%$#B#75%\'A5%5C'7%5C#N%'B5>'((N% [ #$#%'7P%5C>A%(#P%5@% 5C#%D'(A#%) " \$#AA)@7%5C'5%S#D#7P'75_A%\$@P>B5A% [ #$#% [ @$5C% " @$#%5C'7%5C#N%'B5>'((N% [ #$#<%

a0<! S#D#7P'75%#7Z'Z#P%)7%5C)A%P#B#\5);#%B@7P>B5% [ )5C%5C#%)75#75%5@%P)A\@A#% @D%\#$A@7'(%\$@\#$5N j 7' " #(N=% [ )5C%5C#%)75#75%5@%)7B$#'A#%5C#%A'(#%@D%5C#%&>Ub#B5% , #PA<%

a:<! S#D#7P'75%*7# [ =%@$%UN%5C#%#L#$B)A#%@D%$#'A@7'U(#%B'$#%AC@>(P%C';#% *7@ [ 7=%5C'5%)5A%P)AA# " )7'5)@7%@D%R#D#$#7B#%8$)B#A%D@$%5C#%&>Ub#B5% , #PA% [ 'A%>75$>#% '7P]@$% " )A(#'P)7Z<%6 " @7Z%@5C#$%5C)7ZA=%S#D#7P'75%$#\$#A#75#P%5C#%R#D#$#7B#%8$)B#A% )7%B@77#B5)@7% [ )5C%5C#%&>Ub#B5% , #PA%#;#7%5C@>ZC%)5%*7# [ =%@$%)7%5C#%#L#$B)A#%@D% $#'A@7'U(#%B'$#%AC@>(P%C';#%*7@ [ 7=%5C'5%A>BC%\$@P>B5A%C'P%$'$#(N=%)D%#;#$=%A@(P%'5% 5C#%B$@AA#PI@>5%R#D#$#7B#%8$)B#A<%

a.<! 6A%'%P)$#B5%'7P%\$@L) " '5#%$#A>(5%@D%S#D#7P'75_A% " )A(#'P)7Z%'7P%D'(A#% 'P;#$5)A# " #75A=%8(')75)DDA%'7P% " # " U#$A%@D%5C#%4('AA%C';#%A>DD#$#P%)7b>$N%)7%D'B5%'7P% C';#%(@A5% " @7#N<%6A%A>BC=%8(')75)DDA%$#r>#A5A%5C'5%5C)A%4@>$5%@$P#$%S#D#7P'75%5@% $#A5@$#%5C)A% " @7#N%5@%8(')75)DDA%'7P%'((% " # " U#$A%@D%5C#%4('AA=%'7P%5@%#7b@)7% S#D#7P'75%D$@ " %B@75)7>)7Z%)5A%D'(A#%'7P% " )A(#'P)7Z%'P;#$5)A)7Z%\$'B5)B#A%)7%;)@('5)@7% @D%4'()D@$7)'%('[%)7%5C#%D>5>$#<%!5C#$ [ )A#=%8(')75)DDA=% " # " U#$A%@D%5C#%4('AA=%'7P%5C#% U$@'P#$%Z#7#$'(%\>U()B% [ )((%U#%)$$#\'$'U(N%C'$ " #P%'7P%'7P]@$%P#7)#P%'7%#DD#B5);#%'7P% B@ " \(#5#%$# " #PN<%

%

!

**%a$* '!+ - )$ / !. , *!*& -$& .!**

**3$, - )%$, #!, .!%a&!+ ) -$. , *#$)!+ , #(" / &*!-&1 ) -!*& / & '$&(!**

**) +%`!+ ) -9!+$39!+ , '&!<6=@>`!!"#$!%9!**

**5: [!0 0GRJLRIIN! ) UGRJNL! ' HIHJKGJL!ZJ! : HVG0I!ZI!LVH! + 0GNN7!**

a/<! 8(')75)DDA%$#A5'5#%'7P%$#I'((#Z#%5C#%D@$#Z@)7Z%\'$'Z$'\CA%'A%)D%D>((N%A#5% D@$5C%C#$#)7<%

aF<! GC#%4@7A>"#$%9#Z'(%R#"#P)#A%6B5%@D%:Ea0=%4'(<%4);<%4@P#%A#B5)@7A% :a10%*'+0*M<%+5C#%X49R6Y3%)A%'%4'()D@$7)'%B@7A>"#$%\$@5#B5)@7%A5'5>5#%[C)BC%'((@[A% \(')75)DDA%5@%U$)7Z%\$);'5#%B);)(%'B5)@7A%D@$%X>7D')$%"#5C@PA%@D%B@"\#5)5)@7%'7P%>7D')$% @$%P#B#\5);#%'B5A%@$%\$'B5)B#A%>7P#$5'*#7%UN%'7N%\#$A@7%)7%'%5$'7A'B5)@7%<%<%<%[C)BC% $#A>(5A%)7%5C#%A'(#%@$%(#'A#%@D%Z@@PA%@$%A#$;)B#A%5@%'7N%B@7A>"#$<Y%4'(<%4);<%4@P#%e% :aa0+'3<%GC#%\>$\@A#A%@D%5C#%49R6%'$#%X5@%\$@5#B5%B@7A>"#$A%'Z')7A5%>7D')$%'7P% P#B#\5);#%U>A)7#AA%\$'B5)B#A%'7P%5@%\$@;)P#%#DD)B)#75%'7P%#B@7@")B'(%\$@B#P>$#A%5@% A#B>$#%A>BC%\$@5#B5)@7<Y%4'(<%4);<%4@P#%e:a20<%

a1<! 8(')75)DDA%'7P%#'BC%"#"U#$%@D%5C#%4('AA%'$#%XB@7A>"#$AY%'A%P#D)7#P%UN% 4'()D@$7)'%4);)(%4@P#%A#B5)@7%:a2:+P3<%S#D#7P'75_A%'(#%@D%)5A%&>Ub#B5%,#PA%5@% 8(')75)DDA%'7P%5C#%4('AA%[#$#%X5$'7A'B5)@7AY%[)5C)7%5C#%"#'7)7Z%@D%4'()D@$7)'%4);)(% 4@P#%A#B5)@7%:a2:+#3<%GC#%\$@P>B5A%\>$BC'A#P%UN%8(')75)DDA%'7P%5C#%4('AA%'$#% XZ@@PAY%[)5C)7%5C#%"#'7)7Z%@D%4'()D@$7)'%4);)(%4@P#%A#B5)@7%:a2:+'3<%

a2<! S#D#7P'75%;)@('5#P%'7P%B@75)7>#%5@%;)@('5#%5C#%49R6%UN%#7Z'Z)7Z%)7% 5C#%D@((@[)7Z%\$'B5)B#A%\$@C)U)5#P%UN%4'()D@$7)'%4);)(%4@P#%A#B5)@7%:aa0+'3%)7% 5$'7A'B5)@7A%[)5C%8(')75)DDA%'7P%5C#%4('AA%[C)BC%[#$#%)75#7P#P%5@%$#A>(5%)7=%'7P%P)P% $#A>(5%)7=%5C#%A'(#%@D%S#D#7P'75_A%U$'7P#P%\$@P>B5AH%XW'*)7Z%D'(A#%@$%")A(#'P)7Z% A5'5#"#75A%@D%D'B5%B@7B#$7)7Z%5C#%$#'A@7A%D@$=%#L)A5#7B#%@D=%@$%'"@>75A%@D%\$)B#% $#P>B5)@7A<Y%4'(<%4);<%4@P#%e:aa0+'3+:/3<%

aa<! S#D#7P'75%""'P#%D'(A#%@$%")A(#'P)7Z%A5'5#"#75A%@D%D'B5%B@7B#$7)7Z%5C#% #L)A5#7B#%@DY%'7P%5C#%X'"@>75A%@D%\$)B#%$#P>B5)@7AY%U#B'>A#%'"@7Z%@5C#$%5C)7ZA=% +'3%7@%5$>#%\$)B#%$#P>B5)@7A%#L)A5#P j @$%'5%5C#%;#$N%(#'A5=%'7N%'"@>75A%@D%\$)B#%

!

$#P>B5)@7A% [ #$#%#L'ZZ#$'5#P j )7%5C'5%S#D#7P'75_A% " #$BC'7P)A#% [ 'A%$'$#(N=%)D%#;#$=% \$#;)@>A(N%@DD#$#P%D@$%A'(#%'7P]@$%A@(P%'5%5C#%C)ZC#$%R#D#$#7B#%8$)B#A%D@$%'% $#'A@7'U(N%A>UA5'75)'(%\#$)@P%@D%5) " #=%+U3%5C#$#%)A%7@%@5C#$%BC'77#(%5C$@>ZC% [ C)BC% 5C#%\$@P>B5A%C';#%\$#;)@>A(N%U##7%@DD#$#P%D@$%A'(#%'7P]@$%A@(P%'5%5C#%D'(A#%R#D#$#7B#% 8$)B#%D@$%'%$#'A@7'U(N%A>UA5'75)'(%\#$)@P%@D%5) " #=%'7P%+B3%5C#%R#D#$#7B#%8$)B#A% S#D#7P'75%'P;#$5)A#A%)7%B@77#B5)@7% [ )5C%)5A%&>Ub#B5% , #PA% [ #$#%7#;#$%A@(P%#(A# [ C#$#% D@$%'7N%@5C#$%\$)B#A%U#A)P#A%5C#%D'(A#(N%P)AB@>75#P%A'(#%\$)B#A%'5% [ C)BC%B>A5@ " #$A% U@>ZC5%)5# " A%D$@ " %S#D#7P'75<%

aJ<! 8(')75)DDA%A##*%'7%)7b>7B5)@7%D@$%S#D#7P'75_A%;)@('5)@7%@D%5C#%49R6%5@% #7b@)7%S#D#7P'75_A% " #5C@PA=%'B5A=%'7P%\$'B5)B#A%@D%P#B#);)7Z%B>A5@ " #$A%5C$@>ZC%)5A% D'(A#%'7P% " )A(#'P)7Z%\$)B)7Z%ABC# " #%@>5()7#P%'U@;#<%

aE<! 8(')75)DDA%$#A#$;#%5C#%$)ZC5%5@%' " #7P%5C#%B@ " \(')75%5@%A##*%P' " 'Z#A% >7P#$%5C#%49R6%'D5#$%7@5)B#%C'A%U##7%\$@;)P#P%\>$A>'75%5@%4'()D@$7)'%4);)(%4@P#% A#B5)@7%:aJ.+'3<%

**. , " * % a!+ - ) $ / ! . , *!*& - $& .!**

**. * ) " ' !5$# %&# %$ , # ) - ! / $( * &0 * &( &# % ) %$ , # (7!**

**5 : [!0GRJLRIIN! ) UGRJNL! ' HIHJKGJL!ZJ! : HVG0I!ZI!LVH! + 0GNN7!**

J0<! 8(')75)DDA%$#A5'5#%'7P%$#I'((#Z#%5C#%D@$#Z@)7Z%\'$'Z$'\CA%'A%)D%D>((N%A#5% D@$5C%C#$#)7<%

J:<! S#D#7P'75%B@7A)A5#75(N%$#\$#A#75#P%5@%'((%"#"U#$A%@D%5C#%4('AA%P>$)7Z% 5C#%R#(#;'75%G) " #%5C'5%5C#%&>Ub#B5% , #PA% [ #$#%U#)7Z%@DD#$#P%'5%'%P)AB@>75%D$@ " %'% R#D#$#7B#%8$)B#<%S#D#7P'75% " 'P#%5C)A%$#\$#A#75'5)@7%UN%P)A\('N)7Z%@7%5C#%\$@P>B5% P#AB$)\5)@7%\'Z#%D@$%#'BC%@D%5C#A#%\$@P>B5A%'%R#D#$#7B#%8$)B#%A>UA5'75)'((N%C)ZC#$% 5C'7%5C#%@DD#$#P%A#(()7Z%\$)B#=% [ C)BC%)A% " '$*#P%P@ [ 7%@$%P)AB@>75#P%D$@ " %5C#% R#D#$#7B#%8$)B#%UN%'%A\#B)D)#P%\#$B#75'Z#%P)AB@>75%@$%P@(('$%' " @>75<%

J.<! S#D#7P'75_A%R#D#$#7B#%8$)B#%$#\$#A#75'5)@7A%'$#%D'(A#<%6 " @7Z%@5C#$% 5C)7ZA=%S#D#7P'75_A%$#\$#A#75'5)@7A%B@7;#N#P%D'(A#%)7D@$ " '5)@7%'U@>5%5C#%)5# " A% 8(')75)DDA%'7P%5C#%4('AA%\>$BC'A#P=%7'"#(N%5C'5%5C#%)5# " A%5C#N%\>$BC'A#P%C'P%A@(P%)7%

!

5C#%$#B#75%\'A5%D@$%'%$#'A@7'U(N%A>UA5'75)'(%\#$)@P%@D%5)"#%'5%5C#%C)ZC#$%R#D#$#7B#% 8$)B#%P)A\('N#P%@7%S#D#7P'75_A% ^ #UA)5#%'7P]@$%)7%5C#%\$#;')()7Z%" '$*#5<%GC#%5$>5C%)A% 5C'5%S#D#7P'75%$'$#(N=%)D%#;#$=%\$#;)@>A(N%@DD#$#P%D@$%A'(#%'7P]@$%A@(P%5C@A#%\$@P>B5A% '5%5C#%C)ZC#$%R#D#$#7B#%8$)B#%D@$%'7N%$#'A@7'U(N%A>UA5'75)'(%\#$)@P%@D%5)"#<% W@$#@;#$=%5C#%R#D#$#7B#%8$)B#A%S#D#7P'75%$#\$#A#75#P%)7%B@77#B5)@7%[)5C%)5A% \$@P>B5A%7#B#AA'$)(N%B'77@5%U#%\$#;')()7Z%" '$*#5%\$)B#A%U#B'>A#%S#D#7P'75%A#((A%)5A% U$'7P#P%\$@P>B5A%P)$#B5(N%5@%B@7A>"#$A%@7(N%'5%5C#%\$)B#A%'P;#$5)A#P%@7%)5A% ^ #UA)5#% '7P%)7%)5A%A5@$#A%'7P%5C>A=%5C#%)5#"A% [ #$#%7#;#$%A@(P%#(A# [ C#$#%D@$%'7N%@5C#$%\$)B#% U#A)P#A%5C#%D'(A#(N%P)AB@>75#P%A'(#%\$)B#%'5% [ C)BC%B>A5@"#$A%U@>ZC5%)5#"A%D$@"% S#D#7P'75<%

J/<! S#D#7P'75%*7#[%5C'5%)5A%$#\$#A#75'5)@7A%[#$#%D'(A#%[C#7%)5%" 'P#%5C#"=% @$%'5%5C#%;#$N%(#'A5=%)5%" 'P#%5C#%$#\$#A#75'5)@7A%$#B*(#AA(N%'7P%[)5C@>5%$#Z'$P%D@$% 5C#)$%5$>5C<%T7%@5C#$%[@$PA=%S#D#7P'75%*7#[%5C'5%5C#%&>Ub#B5%,#PA%8(')75)DDA%'7P%5C#% 4('AA%\>$BC'A#P%C'P%$'$#(N=%)D%#;#$=%A@(P%'5%5C#%A>UA5'75)'((N%C)ZC#$%R#D#$#7B#%8$)B#% P)A\('N#P%@7%S#D#7P'75_A% ^ #UA)5#%'7P%)7%S#D#7P'75_A%A5@$#A%)7%5C#%$#B#75%\'A5% '7P]@$%)7%5C#%\$#;')()7Z%" '$*#5<%

JF<! S#D#7P'75_A%$#\$#A#75'5)@7A%[#$#%" 'P#%[)5C%5C#%)75#75%5C'5%8(')75)DDA% '7P%5C#%4('AA%$#(N%@7%5C#%D'(A#%$#\$#A#75'5)@7A%'7P%A\#7P%" @7#N%5C#N%@5C#$[)A#% [@>(P%7@5%C';#%A\#75=%\>$BC'A#%)5#"A%5C#N%@5C#$[)A#%[@>(P%7@5%C';#%\>$BC'A#P=% '7P]@$%A\#7P%" @$#%" @7#N%D@$%'7%)5#"%5C'7%5C#N%@5C#$[)A#%[@>(P%C';#%'UA#75%5C#% P#B#\5);#%" '$*#5)7Z%ABC#" #<%

J1<! S#D#7P'75%#7Z'Z#P%)7%5C)A%D$'>P%5@%5C#%8(')75)DDA%'7P%5C#%4('AA_A% P#5$)" #75%)7%@$P#$%5@%)7B$#'A#%S#D#7P'75_A%@[7%A'(#A%'7P%\$@D)5A<%

J2<! 8(')75)DDA%'7P%5C#%4('AA%$#'A@7'U(N%$#()#P%@7%S#D#7P'75_A% $#\$#A#75'5)@7A<%

Ja<! 6UA#75%S#D#7P'75_A%")A$#\$#A#75'5)@7A=%8(')75)DDA%'7P%5C#%4('AA%[@>(P% 7@5%C';#%\>$BC'A#P%5C#%)5#"A%5C#N%\>$BC'A#P%D$@"%S#D#7P'75=%@$=%'5%5C#%;#$N%(#'A5=

!

5C#N% [ @>(P%7@5%C' ;#%\')P%'A% " >BC%D@$%5C#%)5# " A%'A%5C#N%>(5) " '5#(N%P)P<%8(')75)DDA_% '7P%5C#%4('AA_A%$#()'7B#% [ 'A%'%A>UA5'75)'(%D'B5@$%)7%B'>A)7Z%5C# " %C'$ " <%

JJ<! 6A%'%P)$#B5%'7P%\$@L) " '5#%$#A>(5%@D%5C#%'U@;#=%8(')75)DDA%'7P%5C#%4('AA% C';#%A>DD#$#P%P' " 'Z#A%)7%'7%' " @>75%5@%U#%\$@;#7%'5%5$)'(<%

JE<! S#D#7P'75%>7P#$5@@*%5C#%'D@$#A')P%)((#Z'(%'B5A%)75#75)@7'((N%@$% [ )5C% B@7AB)@>A%P)A$#Z'$P%@D%5C#%$)ZC5A%@D%8(')75)DDA%'7P%5C#%4('AA=%'7P%P)P%A@% [ )5C%D$'>P=% " '()B#=%'7P]@$%@\\$#AA)@7<% , 'A#P%@7%5C#%'((#Z'5)@7A%'U@;#=%S#D#7P'75_A%'B5)@7A% B@7A5)5>5#P%D$'>P%U#B'>A#%S#D#7P'75%)75#7P#P%5@%'7P%P)P%P#B#);#%'7P%)7b>$#% 8(')75)DDA%'7P%5C#%4('AA<% , 'A#P%@7%5C#%'((#Z'5)@7A%'U@;#=%S#D#7P'75_A%'B5)@7A% B@7A5)5>5#P% " '()B#%U#B'>A#%S#D#7P'75%'B5#P% [ )5C%5C#%)75#75%5@%'7P%P)P%B'>A#%)7b>$N%5@% 8(')75)DDA%'7P%5C#%4('AA=%'7P%'(A@%U#B'>A#%S#D#7P'75_A%P#B#\5);#%B@7P>B5% [ 'A% P#A\)B'U(#%'7P% [ 'A%P@7#% [ )5C%'% [ )((D>(%'7P%*7@ [ )7Z%P)A$#Z'$P%@D%5C#%$)ZC5A%@D% 8(')75)DDA%'7P%5C#%4('AA<% , 'A#P%@7%5C#%'((#Z'5)@7A%'U@;#=%S#D#7P'75_A%'B5)@7A% B@7A5)5>5#P%@\\$#AA)@7%U#B'>A#%S#D#7P'75_A%P#B#\5);#%B@7P>B5% [ 'A%P#A\)B'U(#%'7P% A>Ub#B5#P%8(')75)DDA%'7P%5C#%4('AA%5@%B$>#(%'7P%>7b>A5%C'$PAC)\%)7%*7@ [ )7Z%P)A$#Z'$P% @D%5C#)$%$)ZC5A<%

**<u>.$.%a!+-)$/!., *!*&-$&.!</u>**

**.*)" ' " -&#%!+ , #+&) - / &#%!**

**5:[!O0GRJLRIIN! ) UGRJNL! ' HIHJKGJL!ZJ! : HVG0I!ZI!LVH! + 0GNN7!**

E0<! 8(')75)DDA%$#A5'5#%'7P%$#I'((#Z#%5C#%D@$#Z@)7Z%\'$'Z$'\CA%'A%)D%D>((N%A#5% D@$5C%C#$#)7<%

E:<! S#D#7P'75%>7)D@$ " (N%P)AB(@A#P%)7B@ " \(#5#%D'B5A%5@%8(')75)DDA%'7P%'((% " # " U#$A%@D%5C#%4('AA%P>$)7Z%5C#%4('AA%8#$)@P%)7%B@77#B5)@7% [ )5C%5C#%&>Ub#B5% , #PA<% - ' " #(N=%S#D#7P'75%P)AB(@A#P%'%R#D#$#7B#%8$)B#%D@$%5C#%&>Ub#B5% , #PA%UN%P)A\('N)7Z% @7%5C#%\$@P>B5%P#AB$)\5)@7%\'Z#%D@$%#'BC%)5# " =%'A% [ #((%'A%5C#%@7%5C#%5C> " U7')(% P)A\('NA%@D%#'BC%\$@P>B5% [ C#7%\$#A#75#P%'A%'%()A5=%'%R#D#$#7B#%8$)B#%A>UA5'75)'((N% C)ZC#$%5C'7%5C#%@DD#$#P%A#(()7Z%\$)B#=% [ C)BC%)A% " '$*#P%P@ [ 7%@$%P)AB@>75#P%D$@ " %5C#% R#D#$#7B#%8$)B#%UN%'%A\#B)D)#P%\#$B#75'Z#%P)AB@>75%@$%P@((' $ %' " @>75<%

!

E.<! S#D#7P'75=%C@ [ #;#$=%)75#75)@7'((N%D')(#P%5@%P)AB(@A#%@5C#$%D'B5A=% " '*)7Z% S#D#7P'75_A%P)AB(@A>$#%P#B#\5);#<%&\#B)D)B'((N=%S#D#7P'75%D')(#P%5@%P)AB(@A#%5C'5% S#D#7P'75%$'$#(N=%)D%#;#$=%\$#;)@>A(N%@DD#$#P%D@$%A'(#%'7P]@$%A@(P%5C#%&>Ub#B5%, #PA%'5% 5C#%C)ZC#$%R#D#$#7B#%8$)B#%D@$%'7N%$#'A@7'U(N%A>UA5'75)'(%\#$)@P%@D%5) " #<%6A%'%$#A>(5=% S#D#7P'75%P#B#);#P%8(')75)DDA%'7P%5C#%4('AA%)75@%U#()#;)7Z%5C'5%5C#N%[ #$#%\>$BC'A)7Z% )5# " A%'5%'%A>UA5'75)'(% " '$*P@ [ 7%@$%P)AB@>75% [ C#7=%)7%$#'()5N=%5C#%D'(A#%R#D#$#7B#% 8$)B#%'7P%P)AB@>75)7Z%\$'B5)B#%'$5)D)B)'((N%)7D('5#P%5C#%5$>#% " '$*#5%;'(>#%@D%5C#%)5# " A% 5C#N%\>$BC'A#P<%

E/<! 6A%'%A#\'$'5#%U'A)A%D@$%B@7B#'( " #75=%S#D#7P'75%>7)D@$ " (N%'7P% )75#75)@7'((N%B@7B#'(#P%D$@ " %8(')75)DDA%'7P%'((% " # " U#$A%@D%5C#%4('AA%5C'5%5C#%)5# " A% 5C#N%\>$BC'A#P%D$@ " %S#D#7P'75%C'P%$'$#(N=%)D%#;#$=%U##7%A@(P%UN%S#D#7P'75%)7%5C#% $#B#75%\'A5%'5%5C#%A>UA5'75)'((N%C)ZC#$%R#D#$#7B#%8$)B#%P)A\('N#P%@7%S#D#7P'75_A% ^#UA)5#=%A5@$#A%'7P]@$%)7%5C#%\$#;')()7Z% " '$*#5<%GC#A#%[ #$#%D'B5A%*7@ [ 7%@7(N%5@% S#D#7P'75%5C'5%8(')75)DDA%'7P%5C#%4('AA%B@>(P%7@5%C';#%P)AB@;#$#P<%

EF<! 8(')75)DDA%'7P%5C#%4('AA%P)P%7@5%*7@ [ %@D%5C#%B@7B#'(#P%D'B5A<%

E1<! S#D#7P'75%)75#7P#P%5@%P#B#);#%8(')75)DDA%'7P%5C#%4('AA%UN%B@7B#'()7Z% 5C#%D'B5A%P#AB$)U#P%'U@;#<%

E2<! ?'P%5C#%@ " )55#P%)7D@$ " '5)@7%U##7%P)AB(@A#P=%8(')75)DDA%$#'A@7'U(N% [ @>(P%C';#%U#C';#P%P)DD#$#75(N<%6 " @7Z%@5C#$%5C)7ZA=%8(')75)DDA% [ @>(P%7@5%C';#% \>$BC'A#P%5C#%)5# " A%5C#N%\>$BC'A#P%D$@ " %S#D#7P'75=%@$=%'5%5C#%;#$N%(#'A5=%5C#N% [ @>(P% 7@5%C';#%\')P%'A% " >BC%D@$%5C#%)5# " A%'A%5C#N%>(5) " '5#(N%P)P<%

Ea<! GC#%@ " )55#P%)7D@$ " '5)@7% [ 'A% " '5#$)'(%'7P%5C>A=%$#()'7B#%)A%\$#A> " #P%@7% '%B('AA [ )P#%U'A)A<%GC#%@ " )55#P%)7D@$ " '5)@7%$#('5#P%5@%5C#%\$)B#%@D%5C#%)5# " A%A@(P%'7P% [ C#5C#$%8(')75)DDA% [ #$#%$#B#);)7Z%'%5$>#%'7P%Z#7>)7#%A>UA5'75)'(%P)AB@>75%@$%[ C#5C#$=% )7A5#'P=%8(')75)DDA% [ '%U#)7Z%P#B#);#P%)75@%U>N)7Z%\$@P>B5A%5C$@>ZC%'%\$)B)7Z% ABC# " #%>5)()d)7Z%D'*#=%'$5)D)B)'((N%)7D('5#P%@$)Z)7'(=%$#5')(=%@$%D@$ " #$%\$)B#A=%[ 'A% " '5#$)'(<%6%$#'A@7'U(#%\#$A@7% [ @>(P%\(')7(N%'55'BC%) " \@$5'7B#%5@% " '55#$A%'DD#B5)7Z% \$)B)7Z%)7%P#5#$ " )7)7Z%C)A%@$%C#$%\>$BC'A)7Z%P#B)A)@7<%

!

EJ<! 6A%'%P)$#B5%'7P%\$@L)"'5#%$#A>(5%@D%5C#%'U@;#=%8(')75)DDA%'7P%5C#%4('AA% C';#%U##7%C'$"#P%'7P%A>DD#$#P%P""'Z#A%)7%'7%"@>75%5@%U#%\$@;#7%'5%5$)'(<%

EE<! S#D#7P'75%>7P#$5@@*%5C#%'D@$#A')P%)((#Z'(%'B5A%)75#75)@7'((N%@$%[)5C% B@7AB)@>A%P)A$#Z'$P%@D%5C#%$)ZC5A%@D%8(')75)DDA%'7P%5C#%4('AA=%'7P%P)P%A@%[)5C%D$'>P=% "'()B#=%'7P]@$%@\\$#AA)@7<%,'A#P%@7%5C#%'((#Z'5)@7A%'U@;#=%S#D#7P'75_A%'B5)@7A% B@7A5)5>5#P%D$'>P%U#B'>A#%S#D#7P'75%)75#7P#P%5@%'7P%P)P%P#B#);#%'7P%)7b>$#% 8(')75)DDA%'7P%5C#%4('AA<%,'A#P%@7%5C#%'((#Z'5)@7A%'U@;#=%S#D#7P'75_A%'B5)@7A% B@7A5)5>5#P%"'()B#%U#B'>A#%S#D#7P'75%'B5#P%[)5C%5C#%)75#75%5@%'7P%P)P%B'>A#%)7b>$N%5@% 8(')75)DDA%'7P%5C#%4('AA=%'7P%'(A@%U#B'>A#%S#D#7P'75_A%P#B#\5);#%B@7P>B5%['A% P#A\)B'U(#%'7P%['A%P@7#%[)5C%'%[)((D>(%'7P%*7@[)7Z%P)A$#Z'$P%@D%5C#%$)ZC5A%@D% 8(')75)DDA%'7P%5C#%4('AA<%,'A#P%@7%5C#%'((#Z'5)@7A%'U@;#=%S#D#7P'75_A%'B5)@7A% B@7A5)5>5#P%@\\$#AA)@7%U#B'>A#%S#D#7P'75_A%P#B#\5);#%B@7P>B5%['A%P#A\)B'U(#%'7P% A>Ub#B5#P%8(')75)DDA%'7P%5C#%4('AA%5@%B$>#(%'7P%>7b>A5%C'$PAC)\%)7%*7@[)7Z%P)A$#Z'$P% @D%5C#)$%$)ZC5A<%

**3$$9! 0*)C&*!.,*!*&-$&.!**

:00<! ^ ?QRQK!RQ=%8(')75)DDA%\$'N%D@$%b>PZ"#75%'Z')7A5%S#D#7P'75=%'7P% #'BC%@D%5C#"=%'A%D@((@[H%

**<u>,#!%a&!.$*(%!+-)$/!.,*!*&-$&.!.,*!3$,-)%$,#!,.!%a&!</u>**

**<u>"#.)$*!+,/0&%$%$,#!-)8!5+)-9!:"(9!;!0*,.9!+,'&!<<6=?>>!</u>**

***<u>!"#$!%97!</u>***

6<! K@$%'7%@$P#$%B#$5)DN)7Z%5C'5%5C#%'B5)@7%U#%"')75')7#P%'A%'%B('AA%'B5)@7% >7P#$%R>(#%./+U3+.3=%./+U3+/3=%'7P]@$%R>(#%./+B3+F3%@D%5C#%K#P#$'(%R>(#A%@D%4);)(% 8$@B#P>$#=%5C'5%8(')75)DDA%U#%P#A)Z7'5#P%5C#%B('AA%$#\$#A#75'5);#=%'7P%5C'5% >7P#$A)Z7#P%B@>7A#(%U#%P#A)Z7'5#P%'A%B('AA%B@>7A#(<%

,<! K@$%'7%)7b>7B5)@7%\>55)7Z%'%A5@\%5@%5C#%P#B#\5);#%'7P%")A(#'P)7Z% B@7P>B5%P#AB$)U#P%C#$#)7%'7P%@$P#$)7Z%S#D#7P'75%5@%B@$$#B5%)5A%P#B#\5);#%'7P% ")A(#'P)7Z%'P;#$5)A)7Z%'7P%\$)B)7Z%\$'B5)B#A<%

!

4<! K@$%'7%' [ '$P%@D%$#A5)5>5)@7%'7P%P)AZ@$Z#"#75%@D%"@7#NA%\')P%5C'5% S#D#7P'75%@U5')7#P%'A%'%$#A>(5%@D%)5A%>7(' [ D>(=%>7D')$=%'7P%D$'>P>(#75%U>A)7#AA% \$'B5)B#A=%'7P%'A%'%$#A>(5%@D%)5A%>7D')$=%P#B#\5);#=%>75$>#=%'7P%")A(#'P)7Z%'P;#$5)A)7Z=% '((%'A%P#AB$)U#P%'U@;#<%

S<! K@$%'7%' [ '$P%@D%#r>)5'U(#%'7P%P#B('$'5@$N%$#()#D<%

Q<! K@$%\$#%'7P%\@A5%b>PZ"#75%)75#$#A5%'7P%B@A5A%@D%A>)5%)7B>$$#P%C#$#)7<%

K<! K@$%'55@$7#NA_%D##A%)7B>$$#P%C#$#)7%\>$A>'75%5@%4'()D@$7)'%4@P#%@D%4);)(% 8$@B#P>$#%A#B5)@7%:0.:<1=%@$%5@%5C#%#L5#75%@5C#$ [ )A#%\#$")55#P%UN%(' [ <%

O<! K@$%A>BC%@5C#$%'7P%D>$5C#$%$#()#D%'A%5C#%4@>$5%"'N%P##"%b>A5%'7P%\$@\#$<%

**, #!% a&!(&+ , # '!+ - )$ / !. , *!*& -$&.!. , *!3$ , - )%$ , #(!, .!% a&!**

**. ) - (&!) ' 3&*%$($# 1!- ) 8 !5+ ) -9! : " (9! ; !0* , .9!+ , ' &!<<6=@>>!!"#$!%9!**

?<! K@$%'7%@$P#$%B#$5)DN)7Z%5C'5%5C#%'B5)@7%U#%"')75')7#P%'A%'%B('AA%'B5)@7% >7P#$%R>(#%./+U3+.3=%./+U3+/3=%'7P]@$%R>(#%./+B3+F3%@D%5C#%K#P#$'(%R>(#A%@D%4);)(% 8$@B#P>$#=%5C'5%8(')75)DDA%U#%P#A)Z7'5#P%5C#%B('AA%$#\$#A#75'5);#=%'7P%5C'5% >7P#$A)Z7#P%B@>7A#(%U#%P#A)Z7'5#P%'A%B('AA%B@>7A#(<%

T<! K@$%'7%)7b>7B5)@7%\>55)7Z%'%A5@\%5@%5C#%P#B#\5);#%'7P%")A(#'P)7Z% B@7P>B5%P#AB$)U#P%C#$#)7%'7P%@$P#$)7Z%S#D#7P'75%5@%B@$$#B5%)5A%P#B#\5);#%'7P% ")A(#'P)7Z%'P;#$5)A)7Z%'7P%\$)B)7Z%\$'B5)B#A<%

c<! K@$%'7%' [ '$P%@D%$#A5)5>5)@7%'7P%P)AZ@$Z#"#75%@D%"@7#NA%\')P%5C'5% S#D#7P'75%@U5')7#P%'A%'%$#A>(5%@D%)5A%>7(' [ D>(=%>7D')$=%'7P%D$'>P>(#75%U>A)7#AA% \$'B5)B#A=%'7P%'A%'%$#A>(5%@D%)5A%>7D')$=%P#B#\5);#=%>75$>#=%'7P%")A(#'P)7Z%'P;#$5)A)7Z=% '((%'A%P#AB$)U#P%'U@;#<%

i<! K@$%'7%' [ '$P%@D%#r>)5'U(#%'7P%P#B('$'5@$N%$#()#D<%

9<! K@$%\$#%'7P%\@A5%b>PZ"#75%)75#$#A5%'7P%B@A5A%@D%A>)5%)7B>$$#P%C#$#)7<%

W<! K@$%'55@$7#NA_%D##A%)7B>$$#P%C#$#)7%\>$A>'75%5@%4'()D@$7)'%4@P#%@D%4);)(% 8$@B#P>$#%A#B5)@7%:0.:<1=%@$%5@%5C#%#L5#75%@5C#$ [ )A#%\#$")55#P%UN%(' [ <%

-<! K@$%A>BC%@5C#$%'7P%D>$5C#$%$#()#D%'A%5C#%4@>$5%"'N%P##"%b>A5%'7P%\$@\#$<%

!

**, #!% a &!% a $* ' !+ - ) $ / ! . , *!*& - $& . ! . , *!3$ , - ) %$ , # (! , .!% a &!**

**+ , # ( " / &*! - &1 ) - !*& / & ' $&(!) +%!5+ ) - 9!+$39!+ , ' &!<<6=@>!!"#$!%97!**

!<! K@$%'7%@$P#$%B#$5)DN)7Z%5C'5%5C#%'B5)@7%U#%" ')75')7#P%'A%'%B('AA%'B5)@7% >7P#$%R>(#%./+U3+.3=%./+U3+/3=%'7P]@$%R>(#%./+B3+F3%@D%5C#%K#P#$'(%R>(#A%@D%4);)(% 8$@B#P>$#=%5C'5%8(')75)DDA%U#%P#A)Z7'5#P%5C#%B('AA%$#\$#A#75'5);#=%'7P%5C'5% >7P#$A)Z7#P%B@>7A#(%U#%P#A)Z7'5#P%'A%B('AA%B@>7A#(<%

8<! K@$%'7%)7b>7B5)@7%\>55)7Z%'%A5@\%5@%5C#%P#B#\5);#%'7P%")A(#'P)7Z% B@7P>B5%P#AB$)U#P%C#$#)7%'7P%@$P#$)7Z%S#D#7P'75%5@%B@$$#B5%)5A%P#B#\5);#%'7P% ")A(#'P)7Z%'P;#$5)A)7Z%'7P%\$)B)7Z%\$'B5)B#A<%

h<! K@$%'7%'[ '$P%@D%#r>)5'U(#%'7P%P#B('$'5@$N%$#()#D<%

R<! K@$%'55@$7#NA_%D##A%)7B>$$#P%C#$#)7%\>$A>'75%5@%4'()D@$7)'%4);)(%4@P#% A#B5)@7%:aJ0=%@$%5@%5C#%#L5#75%@5C#$[)A#%\#$")55#P%UN%('[<%

&<! K@$%A>BC%@5C#$%'7P%D>$5C#$%$#()#D%'A%5C#%4@>$5%" 'N%P##"%b>A5%'7P%\$@\#$<%

**, #!% a &! . , " * % a !+ - ) $ / ! . , *!*& - $& . ! . , *! . * ) " ' !5 ) . . $* / ) %$3&!**

**/ $( *&0*&(&#%) %$ , # (7!**

G<! K@$%'7%@$P#$%B#$5)DN)7Z%5C'5%5C#%'B5)@7%U#%" ')75')7#P%'A%'%B('AA%'B5)@7% >7P#$%R>(#%./+U3+.3=%./+U3+/3=%'7P]@$%R>(#%./+B3+F3%@D%5C#%K#P#$'(%R>(#A%@D%4);)(% 8$@B#P>$#=%5C'5%8(')75)DDA%U#%P#A)Z7'5#P%5C#%B('AA%$#\$#A#75'5);#=%'7P%5C'5% >7P#$A)Z7#P%B@>7A#(%U#%P#A)Z7'5#P%'A%B('AA%B@>7A#(<%

V<! K@$%B@" \#7A'5@$N%P' " 'Z#A%)7%'7%' " @>75%5@%U#%\$@;#7%'5%5$)'(<%

g<! K@$%\>7)5);#%P' " 'Z#A%)7%'7%' " @>75%A>DD)B)#75%5@%\>7)AC%S#D#7P'75%'7P% 5@%P#5#$%)5%D$@" %#7Z'Z)7Z%)7%[$@7ZD>(%B@7P>B5%)7%5C#%D>5>$#<%

^<! K@$%\$#%'7P%\@A5%b>PZ" #75%)75#$#A5%'7P%B@A5A%@D%A>)5%)7B>$$#P%C#$#)7<%

u<! K@$%'55@$7#NA_%D##A%)7B>$$#P%C#$#)7%\>$A>'75%5@%4'()D@$7)'%4@P#%@D%4);)(% 8$@B#P>$#%A#B5)@7%:0.:<1=%@$%5@%5C#%#L5#75%@5C#$[)A#%\#$")55#P%UN%('[<%

f<! K@$%A>BC%@5C#$%'7P%D>$5C#$%$#()#D%'A%5C#%4@>$5%" 'N%P##"%b>A5%'7P%\$@\#$<%

**, #!% a &! . $ . % a !+ - ) $ / ! . , *!*& - $& . ! . , *! . * ) " ' " - &#%!**

**+ , # +&) - / &#%!**

!

w<! K@$%'7%@$P#$%B#$5)DN)7Z%5C'5%5C#%'B5)@7%U#%" ')75')7#P%'A%'%B('AA%'B5)@7% >7P#$%R>(#%. /+U3+.3=%. /+U3+/3=%'7P]@$%R>(#%. /+B3+F3%@D%5C#%K#P#$'(%R>(#A%@D%4);)(% 8$@B#P>$#=%5C'5%8(')75)DDA%U#%P#A)Z7'5#P%5C#%B('AA%$#\$#A#75'5);#=%'7P%5C'5% >7P#$A)Z7#P%B@>7A#(%U#%P#A)Z7'5#P%'A%B('AA%B@>7A#(<%

6 6<! K@$%B@"\#7A'5@$N%P'"'Z#A%)7%'7%'"@>75%5@%U#%\$@;#7%'5%5$)'(<%

, ,<! K@$%\>7)5);#%P'"'Z#A%)7%'7%'"@>75%A>DD)B)#75%5@%\>7)AC%S#D#7P'75%'7P% 5@%P#5#$%)5%D$@"%#7Z'Z)7Z%)7%[$@7ZD>(%B@7P>B5%)7%5C#%D>5>$#<%

4 4<! K@$%\$#%'7P%\@A5%b>PZ"#75%)75#$#A5%'7P%B@A5A%@D%A>)5%)7B>$$#P%C#$#)7<%

S S<! K@$%'55@$7#NA%D##A%)7B>$$#P%C#$#)7%\>$A>'75%5@%4'()D@$7)'%4@P#%@D%4);)(% 8$@B#P>$#%A#B5)@7%:0.:<1=%@$%5@%5C#%#L5#75%@5C#$[)A#%\#$")55#P%UN%('[<%

QQ<! K@$%A>BC%@5C#$%'7P%D>$5C#$%$#()#D%'A%5C#%4@>$5%"'N%P##"%b>A5%'7P%\$@\#$<%

**2"*C!'&/ )#'!**

% 8(')75)DDA=%@7%U#C'(D%@D%5C#"A#(;#A%'7P%'((%@5C#$%A%A)"(')$(N%A)5>'5#P=%C#$#UN% P#"'7P%'%5$)'(%UN%b>$N%@7%'((%5$)'U(#%)AA>#A<%

%

S'5#PH%c'7>'$N%:F=%.0.1%% 4 6RGQR%6R-QGG%8994%

%

%

, NH%%]A]%! "#$%&'()*%

! "#$%&'()*%

%

6 55@$7#NA%D@$%8(')75)DDA%

O#$'$P@%8$)#5@%'7P%6 5C#7'%9@7)BC%

%%

%