```
JEFF H. GRANT (SBN 218974)
    jgrant@foxrothschild.com
MATTHEW R. FOLLETT (SBN 325481)
    mfollett@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

Attorneys for Defendant
Sleep Number Corporation
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO PRIETO, an individual, and ATHENA LONICH, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLEEP NUMBER CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-00352 RGK (MAAx)<br><br>**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION PURSUANT TO LOCAL RULE 83-1.4**<br><br>Other Action:<br>1:24-CV-01136-KES-SAB |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-1.4, the undersigned counsel of record for Defendant Sleep Number Corporation ("Sleep Number") respectfully provide notice of a related case, *June Evans v. Sleep Number Corporation*, Case No. 1:24-CV-01136-KES-SAB ("the Evans Case"), with overlapping subject matter to this action that is currently pending in the Eastern District of California before District Judge Kirk E. Sherriff and Magistrate Judge Stanley A. Boone.

The Evans Case involves nearly identical factual allegations to the action brought by Gerardo Prieto and Athena Lonich. Evans alleges that Sleep Number employed false reference pricing by representing that its products were discounted from deceptive strikethrough prices. Evans seeks to bring a class on behalf of "all consumers" who purchased Sleep Number products "during the applicable statute of limitations period (the "Class Period") in California." Evans brings claims under the California Consumers Legal Remedies Act ("CLRA"), the California False Advertising Law ("FAL"), and the California Unfair Competition Law ("UCL"). Evans further brings a claim for common law fraud based on allegations that Sleep Number "failed to disclose material facts about its sales practices, including that its sale practices were the normal prices at which the Products were typically sold, that its strike-through prices were fictitious, and that these deceptive sales practices operated solely for the purpose of inducing consumers to make purchases they otherwise would not have made."

There is significant overlap between the case brought by Prieto and Lonich and the Evans Case. The underlying factual allegations are based on the same conduct. Both cases involve claims under the CLRA, FAL, and UCL. Likewise, both cases involve claims for common law fraud. It is immaterial that Prieto and Lonich have brought claims for both fraudulent concealment and fraudulent affirmative misrepresentations, as both claims are species of common law fraud. Crucially, both cases involve overlapping classes of California consumers who have purchased Sleep

Number products during the relevant statute of limitations period. Prieto and Lonich have limited their proposed class to purchasers of Sleep Number's c4, p6, i8, i10, and m7 beds, whereas the Evans Case does not specify what products are at issue. Regardless, both cases each seek to represent a statewide class of Sleep Number consumers.

The Evans Case was initiated on September 24, 2024, and brought by two law firms. L. Timothy Fisher (ltfisher@bursor.com), Luke Sironski-White (lsironski@bursor.com), and Joshua Wilner (jwilner@bursor.com) are each with Bursor & Fisher, P.A. The firm's address is 1990 North California Blvd., 9th Floor, Walnut Creek, CA 94596. The firm's phone number is (925) 300-4455. Greg Sinderbrand (greg@sindebrandlaw.com) is with Sinderbrand Law Group, P.C. The firm is located at 2829 Townsgate Road, Suite 100, Westlake Village, CA 91361. Mr. Sinderbrand's phone number is (818) 370-3912.

Sleep Number's Motion to Dismiss the First Amended Class Action Complaint is currently pending in the Evans Case.

Dated: February 24, 2025         FOX ROTHSCHILD LLP


                                 By: */s/ Matthew R. Follett*
                                     Matthew R. Follett

                                 Attorneys for Defendant
                                 *Sleep Number Corporation*

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on February 24, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: February 24, 2025　　　　　　FOX ROTHSCHILD LLP

By: */s/ Matthew R. Follett*
　　Matthew R. Follett

Attorneys for Defendant
*Sleep Number Corporation*